## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Myersville Citizens for a Rural | ) | |
| Community, Inc., *et al.*, | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 13-1219 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| Respondent. | ) | |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of Section 19(b) of the Natural Gas Act, 15

U.S.C. § 717r(b) the provisions of 28 U.S.C. § 2112 , and Rule 17 of the Federal

Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby

certifies that the materials listed and described below are: (1) the orders

complained of, "Order Issuing Certificate," 141 FERC ¶ 61,240, issued December

20, 2012, "Order Denying Rehearing," 143 FERC ¶ 61,148, issued May 16, 2013,

in *Dominion Transmission, Inc.*, FERC Docket Nos. CP12-72 and PF11-9; and (2)

the complete record upon which such orders were entered.

2

**Record**
**Item No.**     **Description**

**Docket Nos. CP12-72 and PF11-9**

1.          Filed By: Dominion Transmission, Inc.
            Filed Date:  7/19/2011
            Accession No:  20110719-5217
            Description:  Allegheny Storage Project Prefiling Request
            Application for Pipeline Certificate of Dominion Transmission, Inc. in
            PF11-9.

2.          Issued By: ENERGY PROJECTS, OFFICE OF
            Filed Date:  7/28/2011
            Accession No:  20110728-3001
            Description:  Letter order approving Dominion Transmission, Inc's
            7/19/11 request to use the Commission pre-filing review process for
            the Allegheny Storage Project under PF11-9.

3.          Filed By: Dominion Transmission, Inc.
            Filed Date:  8/4/2011
            Accession No:  20110804-5056
            Description:  Schedule of Open Houses of Dominion Transmission,
            Inc. under PF11-9.

4.          Filed By: Dominion Transmission, Inc.
            Filed Date:  8/26/2011
            Accession No:  20110826-5162
            Description:  Draft Resource Reports 1 and 10 and Stakeholder List of
            Dominion Transmission, Inc. under PF11-9.

5.          Filed By: Dominion Transmission, Inc.
            Filed Date:  8/26/2011
            Accession No:  20110826-5163
            Description:  Draft Resource Reports 1 and 10 and Stakeholder List of
            Dominion Transmission, Inc. under PF11-9.

| Record Item No. | Description |
|---|---|

6.      Filed By: Dominion Transmission, Inc.
        Filed Date:  9/21/2011
        Accession No:  20110921-5077
        Description:  Supplemental Information of Dominion Transmission, Inc. under PF11-9.

7.      Filed By: Dominion Transmission, Inc.
        Filed Date:  10/3/2011
        Accession No:  20111003-5262
        Description:  Report / Form of Dominion Transmission, Inc. under PF11-9.

8.      Filed By: Dominion Transmission, Inc.
        Filed Date:  10/4/2011
        Accession No:  20111004-5045
        Description:  Monthly Status Report of Dominion Transmission, Inc. under PF11-9.

9.      Issued By: SECRETARY OF THE COMMISSION, FERC
        Filed Date:  10/24/2011
        Accession No:  20111024-3000
        Description:  Notice of intent to prepare an Environmental Assessment for the planned Allegheny Storage Project, request for comments on environmental issues, and notice of public scoping meeting re Dominion Transmission, Incorporated under PF11-9.

10.     Issued By: SECRETARY OF THE COMMISSION, FERC
        Filed Date:  10/24/2011
        Accession No:  20111024-3045
        Description:  Errata Notice re Dominion Transmission, Incorporated under PF11-9.

4

**Record
Item No.**      **Description**

11.       Filed By: Individual No Affiliation
          Filed Date:  10/26/2011
          Accession No:  20111026-5004
          Description:  Comments of Susan L Blair in Docket(s)/Project(s)
          PF11-9.

12.       Filed By: Individual No Affiliation
          Filed Date:  10/26/2011
          Accession No:  20111026-5005
          Description:  Report of Susan L Blair in Opposition to Dominio
          Transmission, Inc. proposal to construct and operate a natural gas
          compressor station in or near Myersville, Maryland, known as the
          Dominion Allegheny Storage Project under PF11-9.

13.       Filed By: Individual No Affiliation
          Filed Date:  10/27/2011
          Accession No:  20111027-5072
          Description:  Comment of Tim Doreen in Docket(s)/Project(s) PF11
          9-000

14.       Filed By: Individual No Affiliation
          Filed Date:  10/28/2011
          Accession No:  20111028-5085
          Description:  Comment of Chad Tasker in Docket(s)/Project(s) PF11
          9-000

15.       Filed By: INDIVIDUAL
          Filed Date:  10/31/2011
          Accession No:  201101031-0043
          Description:  Comments of SL Blair re public safety and potential
          hazards et al under PF11-9.

5

| **Record Item No.** | **Description** |
|---|---|

16.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0044
Description:  Comments of Individual re Dominion Allegheny Storage Project under PF11-9.

17.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0045
Description:  Comments of Individual re Dominion Allegheny Storage Project under PF11-9.

18.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0047
Description:  Comments of Individual re Dominion Allegheny Storag Project under PF11-9.

19.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0048
Description:  Comments of Individual re Dominion Allegheny Storage Project under PF11-9.

20.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0049
Description:  Comments of Annabelle L. Martin re Dominion Allegheny Storage Project under PF11-9.

21.      Filed By: INDIVIDUAL
Filed Date:  10/31/2011
Accession No:  201101031-0050
Description:  Comments of Andrew J. Blair re Dominion Allegheny Storage Project under PF11-9.

**Record
Item No.        Description**

22.              Filed By: Individual No Affiliation
                 Filed Date:  10/31/2011
                 Accession No:  20111031-5003
                 Description:  Comment of Stephanie L. Simek in Docket(s)/Project(s)
                 PF11-9-000

23.              Filed By: Individual No Affiliation
                 Filed Date:  10/31/2011
                 Accession No:  20111031-5018
                 Description:  Comment of Windy Tasker in Docket(s)/Project(s)
                 PF11-9-000

24.              Filed By: Individual No Affiliation
                 Filed Date:  10/31/2011
                 Accession No:  20111031-5119
                 Description:  Comment of Daniel Mangan in Docket(s)/Project(s)
                 PF11-9-000

25.              Filed By: INDIVIDUAL
                 Filed Date:  11/1/2011
                 Accession No:  201101101-0059
                 Description:  Comments of Nicholas J Blair re proposal by Dominions
                 Transmission Inc to construct and operate a natural gas compressore
                 station near Mywersville, MD. under PF11-9.

26.              Filed By: INDIVIDUAL
                 Filed Date:  11/1/2011
                 Accession No:  201101101-0060
                 Description:  Comments of Chad Tasker re Dominion Allegheny
                 Storage Project under PF11-9.

7

**Record
Item No.**     **Description**

27.          Filed By: INDIVIDUAL
             Filed Date:  11/1/2011
             Accession No:  201101101-0061
             Description:  Comments of Nicolas Blair re Dominion Alleghen
             Storage Project under PF11-9.

28.          Filed By: INDIVIDUAL
             Filed Date:  11/1/2011
             Accession No:  201101101-0062
             Description:  Comments of Faith Lotsikas re the proposal by
             Dominions Transmission Inc to construct and operate a natural gas
             compressor station in or near Myersville, MD under PF11-9.

29.          Filed By: Individual No Affiliation
             Filed Date:  11/1/2011
             Accession No:  20111101-5128
             Description:  Comment of C. Riley Carpenter in Docket(s)/Project(s)
             PF11-9-000.

30.          Filed By: INDIVIDUAL
             Filed Date:  11/2/2011
             Accession No:  201101102-0002
             Description:  Comments of Tyrone Glascoe expressing concerns re
             Dominion Tranmission Inc's proposal to construct and operate a
             natural gas compressor station near Myersville, MD under PF11-9.

31.          Filed By: INDIVIDUAL
             Filed Date:  11/2/2011
             Accession No:  201101102-0010
             Description:  Comments of Frederic Sevin re Dominion Transmission
             Inc's proposal to build a natural gas compressor station near
             Myersville, MD under PF11-9.

**Record
Item No.**        **Description**

32.        Filed By: Individual No Affiliation
           Filed Date:  11/2/2011
           Accession No:  20111102-5050
           Description:  Comment of Susan McCarrick in Docket(s)/Project(s)
           PF11-9-000

33.        Filed By: Individual No Affiliation
           Filed Date:  11/2/2011
           Accession No:  20111102-5149
           Description:  Comment of Maureen McCarrick in Docket(s)/Project(s)
           PF11-9-000

34.        Issued By: ENERGY PROJECTS, OFFICE OF
           Filed Date:  11/4/2011
           Accession No:  20111104-3029
           Description:  Letter to Dominion Transmission, Incorporated
           providing comments on the draft Environmental Resource Reports 1
           and 10 for the planned Allegheny Storage Project under PF11-9.

35.        Filed By: Individual No Affiliation
           Filed Date:  11/4/2011
           Accession No:  20111104-5009
           Description:  Comment of Jenny Linthicum in Docket(s)/Project(s)
           PF11-9-000

36.        Filed By: Individual No Affiliation
           Filed Date:  11/4/2011
           Accession No:  20111104-5019
           Description:  Protest of Ana Veraart under PF11-9.

37.        Filed By: Individual No Affiliation
           Filed Date:  11/4/2011
           Accession No:  20111104-5038
           Description:  Comment of Bob Stephens under PF11-9.

9

| **Record Item No.** | **Description** |
|---|---|

38.         Filed By: Individual No Affiliation
            Filed Date:  11/4/2011
            Accession No:  20111104-5078
            Description:  Comment of Hank Kehlbeck in Docket(s)/Project(s)
            PF11-9-000

39.         Filed By: Individual No Affiliation
            Filed Date:  11/4/2011
            Accession No:  20111104-5135
            Description:  Comments of Michael Dellospidale in
            Docket(s)/Project(s) PF11-9.

40.         Filed By: Individual No Affiliation
            Filed Date:  11/4/2011
            Accession No:  20111104-5155
            Description:  Comment of Grayson Johnson in Docket(s)/Project(s)
            PF11-9.

41.         Filed By: Individual No Affiliation
            Filed Date:  11/4/2011
            Accession No:  20111104-5207
            Description:  Comment of Gary Johnson in Docket(s)/Project(s)
            PF11-9.

42.         Issued By: ENERGY PROJECTS, OFFICE OF
            Filed Date:  11/7/2011
            Accession No:  20111107-4008
            Description:  Transcript of the November 7, 2011 Scoping Meetin
            held in Myersville, MD re the Allegheny Storage Project under
            PF11-9.

| **Record Item No.** | **Description** |
| --- | --- |

43.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5003
      Description:  Comments of Chris Tressler in Docket(s)/Project(s) PF11-9.

44.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5005
      Description:  Comments of Christy Tressler in Docket(s)/Project(s) PF11-9.

45.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5011
      Description:  Comments of Carol Riley in Docket(s)/Project(s) PF11 -9.

46.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5012
      Description:  Comment of Kate in Docket(s)/Project(s) PF11-9.

47.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5015
      Description:  Comments of Anne Wisniewski in Docket(s)/Project(s) PF11-9.

48.      Filed By: Individual No Affiliation
      Filed Date:  11/7/2011
      Accession No:  20111107-5017
      Description:  Comments of Michele Tartaglia in Docket(s)/Project(s) PF11-9.

| **Record Item No.** | **Description** |
|---|---|
| 49. | Filed By: Individual No Affiliation<br>Filed Date:  11/7/2011<br>Accession No:  20111107-5039<br>Description:  Comment of Michelle Olson in Docket(s)/Project(s) PF11-9-000 |
| 50. | Filed By: Individual No Affiliation<br>Filed Date:  11/7/2011<br>Accession No:  20111107-5105<br>Description:  Comment of Tom Mills in Docket(s)/Project(s) PF11-9-000 |
| 51. | Filed By: Individual No Affiliation<br>Filed Date:  11/7/2011<br>Accession No:  20111107-5126<br>Description:  Comment of Beth Willis in Docket(s)/Project(s) PF11-9-000 Submission Date: 11/7/2011 |
| 52. | Filed By: Individual No Affiliation<br>Filed Date:  11/7/2011<br>Accession No:  20111107-5133<br>Description:  Comment of Steve Chambers in Docket(s)/Project(s) PF11-9-000 |
| 53. | Filed By: INDIVIDUAL<br>Filed Date:  11/7/2011<br>Accession No:  201101108-0024<br>Description:  Comments of Joseph Leonard re Dominion Transmission Inc's proposal to construct and operate a natural gas compressor station in Myersville, MD under PF11-9. |

12

| Record<br>Item No. | Description |
|---|---|
| 54. | Filed By: INDIVIDUAL<br>Filed Date:  11/7/2011<br>Accession No:  201101108-0026<br>Description:  Comments of Mildred V Wolf expressing concerns re the horse power compressor under PF11-9. |
| 55. | Filed By: INDIVIDUAL<br>Filed Date:  11/8/2011<br>Accession No:  201101108-0030<br>Description:  Comments of Kimberly Michaels and 46 other individuals expressing concerns re Dominion Transmission Inc's proposal to construct and operate a natural gas compressor station in Myersville, MD under PF11-9. |
| 56. | Filed By: HOUSE OF REPRESENTATIVES<br>Filed Date:  11/8/2011<br>Accession No:  201101108-0046<br>Description:  Comments of US Representative Roscoe G Bartlette expressing concerns re the Allegheny Storage Project under PF11-9. |
| 57. | Issued By: ENERGY PROJECTS, OFFICE OF ENERGY PROJECTS, OFFICE OF<br>Filed Date:  11/8/2011<br>Accession No:  20111108-4014<br>Description:  Transcript of the November 8, 2011 Scoping Meeting held in Powhatan Point, Ohio re The Allegheny Storage Project under PF11-9. |
| 58. | Filed By: Individual No Affiliation<br>Filed Date:  11/8/2011<br>Accession No:  20111108-5000<br>Description:  Comments of Jotina Spruell in Docket(s)/Project(s) PF11-9. |

13

**Record
Item No.**       **Description**

59.       Filed By: Individual No Affiliation
          Filed Date:  11/8/2011
          Accession No:  20111108-5113
          Description:  Comments of Jack Bacorn under PF11-9.

60.       Filed By: US House of Representatives
          Filed Date:  11/8/2011
          Accession No:  201101110-0052
          Description:  Comments of US House of Representatives re the
          proposed Natural Gas Pipeline Compressor under PF11-9.

61.       Filed By: INDIVIDUAL
          Filed Date:  11/9/2011
          Accession No:  201101109-0007
          Description:  Comments of Ray Daugherty and 5 Individuals re the
          proposed Natural Gas Compressor under PF11-9.

62.       Filed By: Individual No Affiliation
          Filed Date:  11/9/2011
          Accession No:  20111109-5004
          Description:  Comments of Jason Sparks in Docket(s)/Project(s)
          PF11-9.

63.       Filed By: Individual No Affiliation
          Filed Date:  11/9/2011
          Accession No:  20111109-5005
          Description:  Comments of Tom Cross under PF11-9.

64.       Filed By: Individual No Affiliation
          Filed Date:  11/9/2011
          Accession No:  20111109-5006
          Description:  Comments of Tom Cross in Docket PF11-9.

14

| Record Item No. | Description |
| --- | --- |

65.     Filed By: Individual No Affiliation
        Filed Date:  11/9/2011
        Accession No:  20111109-5046
        Description:  Comment of Michael Huston in Docket(s)/Project(s)
        PF11-9-000

66.     Filed By: Individual No Affiliation
        Filed Date:  11/9/2011
        Accession No:  20111109-5055
        Description:  Comment of Jenny Linthicum in Docket(s)/Project(s)
        PF11-9-000

67.     Filed By: Individual No Affiliation
        Filed Date:  11/9/2011
        Accession No:  20111109-5150
        Description:  Comment of Chad Tasker in Docket(s)/Project(s) PF11
        9-000

68.     Filed By: INDIVIDUAL
        Filed Date:  11/10/2011
        Accession No:  201101110-0014
        Description:  Comments of individuals re the proposed natural gas
        compressor station in Myersville, MD under PF11-9.

69.     Filed By: Individual No Affiliation
        Filed Date:  11/10/2011
        Accession No:  20111110-5004
        Description:  Comments of Kelly Shealer in Docket(s)/Project(s)
        PF11-9.

70.     Filed By: Individual No Affiliation
        Filed Date:  11/10/2011
        Accession No:  20111110-5014
        Description:  Comments of Douglas Howell in Docket(s)/Project(s)
        PF11-9.

15

**Record**
**Item No.**        **Description**

71.        Filed By: Individual No Affiliation
           Filed Date:  11/10/2011
           Accession No:  20111110-5100
           Description:  Comment of Jesse Johnson in Docket(s)/Project(s)
           PF11-9-000

72.        Filed By: PENNSYLVANIA DEPT OF CONSERVATION AND
           NATURAL RESOURCES
           Filed Date:  11/10/2011
           Accession No:  201101114-0004
           Description:  Comments of Pennsylvania Department and Natural
           Resources re the Environmental Review Receipt Number 21574 for
           review re the Allegheny Storage Project under PF11-9.

73.        Filed By: INDIVIDUAL
           Filed Date:  11/13/2011
           Accession No:  201101121-0022
           Description:  Comments of James Cappuccilli re the gas compressor
           plant under PF11-9.

74.        Filed By: INDIVIDUAL
           Filed Date:  11/14/2011
           Accession No:  201101114-0044
           Description:  Comments of Barbara T. Ramsey expressing opposition
           to the proposed natural gas compressor by Dominion Transmission,
           Inc. under PF11-9.

75.        Filed By: INDIVIDUAL
           Filed Date:  11/14/2011
           Accession No:  201101114-0062
           Description:  Comments of Fredric Sevin re the proposed Natural Gas
           Pipeline Compressor under PF11-9.

**Record
Item No.**    **Description**

76.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5009
Description:  Comment of Pamela Malagari in Docket(s)/Project(s)
PF11-9.

77.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5020
Description:  Comment of Daniel Velez in Docket(s)/Project(s) PF11
-9-000.

78.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5021
Description:  Comment of Andrew Hammond in Docket(s)/Project(s)
PF11-9-000.

79.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5023
Description:  Comment of Joseph Wolfinger in Docket(s)/Project(s)
PF11-9.

80.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5030
Description:  Comment of Meredith McKittrick in
Docket(s)/Project(s) PF11-9.

81.    Filed By: Individual No Affiliation
Filed Date:  11/14/2011
Accession No:  20111114-5041
Description:  Comment of Robert and Martha Butts in
Docket(s)/Project(s) PF11-9.

**Record
Item No.        Description**

82.        Filed By: Individual No Affiliation
           Filed Date:  11/14/2011
           Accession No:  20111114-5065
           Description:  Comments of C. Riley Carpenter in Docket(s)/Project(s)
           PF11-9.

83.        Filed By: Individual No Affiliation
           Filed Date:  11/14/2011
           Accession No:  20111114-5197
           Description:  Comment of Steve Ramsey in Docket PF11-9.

84.        Filed By: Individual No Affiliation
           Filed Date:  11/14/2011
           Accession No:  20111114-5244
           Description:  Comments of Stephen Hartten in Docket(s)/Project(s)
           PF11-9.

85.        Filed By: Individual No Affiliation
           Filed Date:  11/14/2011
           Accession No:  20111114-5266
           Description:  Comment of Paul E. Lehmann in Docket(s)/Project(s)
           PF11-9.

86.        Filed By: Dominion Transmission, Inc.
           Filed Date:  11/14/2011
           Accession No:  20111114-5454
           Description:  Draft Resource Reports 1 through 12 of Dominion
           Transmission, Inc. under PF11-9.

87.        Filed By: Dominion Transmission, Inc.
           Filed Date:  11/14/2011
           Accession No:  20111114-5455
           Description:  Draft Resource Reports 1 through 12 of Dominion
           Transmission, Inc. under PF11-9.

**Record
Item No.**     **Description**

88.         Filed By: INDIVIDUAL
            Filed Date:  11/15/2011
            Accession No:  201101115-0009
            Description:  Comments of Carol McFaden and 34 individuals re the
            proposal by Dominion Transmission Inc to construct and operate a
            natural gas compressor station under PF11-9.

89.         Filed By: Individual No Affiliation
            Filed Date:  11/15/2011
            Accession No:  20111115-5011
            Description:  Comment of Ashley Burgherr in Docket(s)/Project(s)
            PF11-9.

90.         Filed By: Dominion Transmission, Inc.
            Filed Date:  11/15/2011
            Accession No:  20111115-5091
            Description:  Supplemental Information of Dominion Transmission,
            Inc. under PF11-9.

91.         Filed By: Dominion Transmission, Inc.
            Filed Date:  11/15/2011
            Accession No:  20111115-5092
            Description:  Supplemental Information of Dominion Transmission
            Inc. under PF11-9.

92.         Filed By: Individual No Affiliation
            Filed Date:  11/15/2011
            Accession No:  20111115-5148
            Description:  Comment and statement of opposition of Tammy
            Mangan to DTI's proposal to locate a natural gas compressor station in
            Myersville, MD under PF11-9.

19

| **Record Item No.** | **Description** |
|---|---|

93.      Filed By: INDIVIDUAL
Filed Date:  11/16/2011
Accession No:  201101116-0069
Description:  Comments of Cathy Shook expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

94.      Filed By: INDIVIDUAL
Filed Date:  11/16/2011
Accession No:  201101116-0070
Description:  Comments of an individual expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

95.      Filed By: INDIVIDUAL
Filed Date:  11/16/2011
Accession No:  201101116-0071
Description:  Comments of Carl Jouannet expressing opposition t Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

96.      Filed By: INDIVIDUAL
Filed Date:  11/16/2011
Accession No:  201101116-0072
Description:  Comments of Susan Hiltner expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

97.      Filed By: INDIVIDUAL
Filed Date:  11/16/2011
Accession No:  201101116-0073
Description:  Comments of Carol Brumback expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

20

| **Record Item No.** | **Description** |
| --- | --- |

98.    Filed By: INDIVIDUAL
       Filed Date: 11/16/2011
       Accession No: 201101116-0074
       Description: Comments of Justin M Muller expressing opposition to
       Dominion Transmission Inc's proposed natural gas compressor under
       PF11-9.

99.    Filed By: INDIVIDUAL
       Filed Date: 11/16/2011
       Accession No: 201101116-0075
       Description: Comments of Beth Bittle expressing opposition t
       Dominion Transmission Inc's proposed natural gas compressor under
       PF11-9.

100.   Filed By: INDIVIDUAL
       Filed Date: 11/16/2011
       Accession No: 201101116-0076
       Description: Comments of Kevin Lynott expressing opposition to
       Dominion Transmission Inc's proposed natural gas compressor under
       PF11-9.

101.   Filed By: INDIVIDUAL
       Filed Date: 11/16/2011
       Accession No: 201101116-0077
       Description: Comments of Alvin Bittle expressing opposition to
       Dominion Transmission Inc's proposed natural gas compressor under
       PF11-9.

102.   Filed By: INDIVIDUAL
       Filed Date: 11/16/2011
       Accession No: 201101116-0078
       Description: Comments of Mary Anne Grossnickle expressing
       opposition to Dominion Transmission Inc's proposed natural gas
       compressor under PF11-9.

**Record
Item No.**     **Description**

103.        Filed By: Individual No Affiliation
            Filed Date:  11/16/2011
            Accession No:  20111116-5031
            Description:  Comment of Jacob Johnson in Docket(s)/Project(s)
            PF11-9.

104.        Filed By: INDIVIDUAL
            Filed Date:  11/17/2011
            Accession No:  201101117-0001
            Description:  Comments of Harvey D Schroyer expressing opposition
            to Dominion Transmission Inc's proposed natural gas compresser
            under PF11-9.

105.        Filed By: INDIVIDUAL
            Filed Date:  11/17/2011
            Accession No:  201101117-0002
            Description:  Comments of Sherry Colony expressing opposition to
            Dominion Transmission Inc's proposed natural gas compressor under
            PF11-9.

106.        Filed By: INDIVIDUAL
            Filed Date:  11/17/2011
            Accession No:  201101117-0003
            Description:  Comments of Mildred R Shafer expressing concerns r
            Dominion Transmission Inc's proposed natural gas compressor statio
            in Myersville, MD under PF11-9.

107.        Filed By: INDIVIDUAL
            Filed Date:  11/17/2011
            Accession No:  201101117-0004
            Description:  Comments of Pamela Malagari expressing opposition to
            Dominion Transmission Inc's proposed natural gas compressor under
            PF11-9.

22

| Record Item No. | Description |
| --- | --- |

**108.**     Filed By: INDIVIDUAL
Filed Date:  11/17/2011
Accession No:  201101117-0005
Description:  Comments of Wallace Grimes expressing opposition t
Dominion Transmission Inc's proposed natural gas compressor under
PF11-9.

**109.**     Filed By: INDIVIDUAL
Filed Date:  11/17/2011
Accession No:  201101117-0006
Description:  Comments of an individual expressing concerns re
Dominion Transmission Inc's proposed natural gas compressor station
near Myersville, MD under PF11-9.

**110.**     Filed By: INDIVIDUAL
Filed Date:  11/17/2011
Accession No:  201101117-0007
Description:  Comments of Don Frisby expressing opposition to
Dominion Transmission Inc's proposed natural gas compressor under
PF11-9.

**111.**     Filed By: INDIVIDUAL
Filed Date:  11/17/2011
Accession No:  201101117-0019
Description:  Comments of an individual expressing opposition to
Dominion Transmission Inc's proposed natural gas compressor under
PF11-9.

**112.**     Filed By: INDIVIDUAL
Filed Date:  11/17/2011
Accession No:  201101117-0020
Description:  Comments of Carla M Palamone expressing opposition
to Dominion Transmission Inc's proposed natural gas compressor
under PF11-9.

| **Record Item No.** | **Description** |
|---|---|

113.     Filed By: INDIVIDUAL
         Filed Date:  11/17/2011
         Accession No:  201101117-0021
         Description:  Comments of Margaret Phillips expressing opposition to
         Dominion Transmission Inc's proposed natural gas compressor under
         PF11-9.

114.     Filed By: INDIVIDUAL INDIVIDUAL
         Filed Date:  11/17/2011
         Accession No:  201101117-0022
         Description:  Comments of Matt & Paula Kifer expressing opposition
         to Dominion Transmission Inc's proposed natural gas compressor
         under PF11-9.

115.     Filed By: INDIVIDUAL
         Filed Date:  11/17/2011
         Accession No:  201101117-0023
         Description:  Comments of Joyce A Galbraith expressing opposition
         to Dominion Transmission Inc's proposed natural gas compressor
         under PF11-9.

116.     Filed By: INDIVIDUAL
         Filed Date:  11/17/2011
         Accession No:  201101117-0024
         Description:  Comments of Mary K Stann expressing opposition to
         Dominion Transmission Inc's proposed natural gas compressor under
         PF11-9.

117.     Filed By: INDIVIDUAL
         Filed Date:  11/17/2011
         Accession No:  201101117-0025
         Description:  Comments of Donald Harrington expressing opposition
         to Dominion Transmission Inc's proposed natural gas compressor
         under PF11-9.

24

**Record
Item No.      Description**

118.          Filed By: INDIVIDUAL
              Filed Date: 11/17/2011
              Accession No: 201101117-0026
              Description: Comments of Tammy Harrington expressing opposition
              to Dominion Transmission Inc's proposed natural gas compressor
              under PF11-9.

119.          Filed By: INDIVIDUAL
              Filed Date: 11/17/2011
              Accession No: 201101117-0027
              Description: Comments of Linda L McCanner expressing opposition
              to Dominion Transmission Inc's proposed natural gas compressor
              under PF11-9.

120.          Filed By: INDIVIDUAL
              Filed Date: 11/17/2011
              Accession No: 201101117-0028
              Description: Comments of John Williams expressing opposition to
              Dominion Transmission Inc's proposed natural gas compressor under
              PF11-9.

121.          Filed By: INDIVIDUAL
              Filed Date: 11/17/2011
              Accession No: 201101117-0029
              Description: Comments of Charles Smith expressing opposition to
              Dominion Transmission Inc's proposed natural gas compressor under
              PF11-9.

122.          Filed By: INDIVIDUAL
              Filed Date: 11/17/2011
              Accession No: 201101117-0030
              Description: Comments of Willam P Stine expressing opposition to
              Dominion Transmission Inc's proposed natural gas compressor under
              PF11-9.

| **Record Item No.** | **Description** |
|---|---|

123.     Filed By: INDIVIDUAL
        Filed Date:  11/17/2011
        Accession No:  201101117-0031
        Description:  Comments of Ricard E Jordan expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

124.     Filed By: INDIVIDUAL
        Filed Date:  11/17/2011
        Accession No:  201101117-0032
        Description:  Comments of an individual expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

125.     Filed By: INDIVIDUAL
        Filed Date:  11/17/2011
        Accession No:  201101117-0033
        Description:  Comments of Danita Frisby expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

126.     Filed By: INDIVIDUAL
        Filed Date:  11/17/2011
        Accession No:  201101117-0034
        Description:  Comments of Frank Schmersahl expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

127.     Filed By: INDIVIDUAL
        Filed Date:  11/17/2011
        Accession No:  201101117-0035
        Description:  Comments of Carolyn F Schmersahl expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

26

**Record
Item No.**       **Description**

128.            Filed By: INDIVIDUAL
                Filed Date:  11/17/2011
                Accession No:  201101117-0036
                Description:  Comments of an individual expressing opposition to
                Dominion Transmission Inc's proposed natural gas compressor under
                PF11-9.

129.            Filed By: INDIVIDUAL
                Filed Date:  11/17/2011
                Accession No:  201101117-0037
                Description:  Comments of Suzanne Metzner expressing opposition to
                Dominion Transmission Inc's proposed natural gas compressor under
                PF11-9.

130.            Filed By: Dominion Transmission, Inc.
                Filed Date:  11/17/2011
                Accession No:  20111117-5040
                Description:  Report of Dominion Transmission, Inc. submits its
                Monthly Status Report for the month of October 2011 re the
                Allegheny Storage Project under PF11-9.

131.            Filed By: US Army Corps of Engineers, Pittsburgh District
                Filed Date:  11/17/2011
                Accession No:  20111117-5112
                Description:  Report of US Army Corps of Engineers, Pittsburgh
                District under PF11-9, Any impacts to waters and/or wetlands will
                require a permit.

132.            Filed By: INDIVIDUAL
                Filed Date:  11/18/2011
                Accession No:  201101118-0004
                Description:  Comments of Bryant Shafer re Dominion Transmission
                Inc's proposal to construct and operate a natural gas compressor
                station near Myersville, MD under PF11-9.

27

**Record**
**Item No.**     **Description**

133.     Filed By: INDIVIDUAL INDIVIDUAL
         Filed Date:  11/18/2011
         Accession No:  201101118-0005
         Description:  Comments of Mark and Shelley Sunkel re the proposed
         natural gas compressor station near Myersville, MD under PF11-9.

134.     Filed By: INDIVIDUAL
         Filed Date:  11/18/2011
         Accession No:  201101118-0006
         Description:  Comments of Patricia Wiles re proposal by Dominions
         Transmission Inc to construct and operate a natural gas compressor
         station under PF11-9.

135.     Filed By: INDIVIDUAL
         Filed Date:  11/18/2011
         Accession No:  201101118-0007
         Description:  Comments of Linda Sevir re proposal by Dominions
         Transmission Inc to construct and operate a natural gas compressor
         station under PF11-9.

136.     Filed By: INDIVIDUAL
         Filed Date:  11/18/2011
         Accession No:  201101118-0008
         Description:  Comments of Edgar & Griselia Villaroso re Dominion
         Transmission Inc's proposal to construct and operate a natural gas
         compressor station near Myersville, MD under PF11-9.

137.     Filed By: INDIVIDUAL
         Filed Date:  11/18/2011
         Accession No:  201101118-0009
         Description:  Comments of Monique Semir re proposal by Dominions
         Transmission Inc to construct and operate a natural gas compressor
         station under PF11-9.

28

| Record Item No. | Description |
|---|---|

138.  Filed By: INDIVIDUAL INDIVIDUAL
Filed Date:  11/18/2011
Accession No:  201101118-0010
Description:  Comments of Gary and Margaret Glessner re the proposed Natural Gas Pipeline Compressor under PF11-9.

139.  Filed By: INDIVIDUAL
Filed Date:  11/18/2011
Accession No:  201101118-0011
Description:  Comments of Gale M Cust re proposal by Dominion Transmission Inc to construct and operate a natural gas compressor station under PF11-9.

140.  Filed By: INDIVIDUAL
Filed Date:  11/18/2011
Accession No:  201101118-0012
Description:  Comments of Harry & Nancy Harris re proposal by Dominions Transmission Inc to construct and operate a natural gas compressor station under PF11-9.

141.  Filed By: INDIVIDUAL
Filed Date:  11/18/2011
Accession No:  201101118-0013
Description:  Comments of Nicole Sevia re the proposed natural gas compressor station near Myersville under PF11-9.

142.  Filed By: INDIVIDUAL
Filed Date:  11/18/2011
Accession No:  201101118-0014
Description:  Comments of individual re proposal by Dominions Transmission Inc to construct and operate a natural gas compressor station under PF11-9.

29

**Record
Item No.**       **Description**

143.        Filed By: INDIVIDUAL
            Filed Date:  11/18/2011
            Accession No:  201101118-0027
            Description:  Comments of Tracy Hammond re the proposed Natural
            Gas Pipeline Compressor under PF11-9.

144.        Filed By: INDIVIDUAL
            Filed Date:  11/18/2011
            Accession No:  201101118-0028
            Description:  Comments of Deric Tipton re proposal by Dominion
            Transmission Inc to construct and operate a natural gas compressor
            station under PF11-9.

145.        Filed By: INDIVIDUAL
            Filed Date:  11/18/2011
            Accession No:  201101118-0029
            Description:  Comments of Elayne Tiron re proposal by Dominion
            Transmission Inc to construct and operate a natural gas compressor
            station under PF11-9.

146.        Filed By: INDIVIDUAL
            Filed Date:  11/18/2011
            Accession No:  201101118-0030
            Description:  Comments of individual re proposal by Dominion
            Transmission Inc to construct and operate a natural gas compressor
            station under PF11-9.

147.        Filed By: Individual No Affiliation
            Filed Date:  11/18/2011
            Accession No:  20111118-5003
            Description:  Comment of Andris M Paza in Docket(s)/Project(s)
            PF11-9.

30

| Record Item No. | Description |
|---|---|

**148.**    Filed By: Individual No Affiliation
Filed Date:  11/18/2011
Accession No:  20111118-5007
Description:  PF11-9, Letter of Opposition from Ted Cady

**149.**    Filed By: Individual No Affiliation
Filed Date:  11/18/2011
Accession No:  20111118-5061
Description:  Comment of Mila Haynes in Docket(s)/Project(s) PF11-9-000.

**150.**    Filed By: Individual No Affiliation
Filed Date:  11/18/2011
Accession No:  20111118-5069
Description:  Comment of Mary Morrison (Missy), External Review Coordinator in Docket(s)/Project(s) PF11-9.

**151.**    Filed By: Individual No Affiliation
Filed Date:  11/18/2011
Accession No:  20111118-5127
Description:  Comment of Faithlotsikas@yahoo.com in Docket(s)/Project(s) PF11-9.

**152.**    Filed By: INDIVIDUAL
Filed Date:  11/21/2011
Accession No:  201101121-0007
Description:  Comments of Gerald Burgess re the proposed Natural Gas Pipeline Compressor under PF11-9.

**153.**    Filed By: INDIVIDUAL
Filed Date:  11/21/2011
Accession No:  201101121-0008
Description:  Comments of Ben Heinrich re the proposed Natural Gas Pipeline Compressor under PF11-9.

**Record
Item No.**      **Description**

154.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0009
          Description:  Comments of Jammes Sleeth re the proposed Natural
          Gas Pipeline Compressor under PF11-9.

155.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0010
          Description:  Comments of Olivia Sleeth re the proposed Natural Gas
          Pipeline Compressor under PF11-9.

156.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0011
          Description:  Comments of Terry Harosky re the proposed Natural
          Gas Pipeline Compressor under PF11-9.

157.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0012
          Description:  Comments of Iain McKenzie re the proposed Natural
          Gas Pipeline Compressor under PF11-9.

158.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0013
          Description:  Comments of Karen McKenzie re the proposed Natural
          Gas Pipeline Compressor under PF11-9.

159.      Filed By: INDIVIDUAL INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0014
          Description:  Comments of Matthew and Ashley Dicks re the
          proposed Natural Gas Pipeline Compressor under PF11-9.

| **Record Item No.** | **Description** |
|---|---|

160.  Filed By: INDIVIDUAL INDIVIDUAL
      Filed Date:  11/21/2011
      Accession No:  201101121-0015
      Description:  Comments of Roy and Jill Henderson re the proposed
      Natural Gas Pipeline Compressor Station proposed by Dominion
      Transmission Inc under PF11-9.

161.  Filed By: INDIVIDUAL INDIVIDUAL
      Filed Date:  11/21/2011
      Accession No:  201101121-0016
      Description:  Comments of Anne Marie Miller expressing opposition
      to Dominion Transmission Inc's proposed natural gas compressor
      under PF11-9.

162.  Filed By: INDIVIDUAL
      Filed Date:  11/21/2011
      Accession No:  201101121-0017
      Description:  Comments of Angelique Fallahi expressing opposition
      to Dominion Transmission Inc's proposed natural gas compressor
      under PF11-9.

163.  Filed By: INDIVIDUAL
      Filed Date:  11/21/2011
      Accession No:  201101121-0018
      Description:  Comments of an individual re Dominion Transmission,
      Inc proposed Natural Gas Compresser under PF11-9.

164.  Filed By: INDIVIDUAL
      Filed Date:  11/21/2011
      Accession No:  201101121-0019
      Description:  Comments of Jean-Claude Sevin expressing opposition
      to Dominion Transmission Inc's proposed natural gas compressor
      under PF11-9.

33

**Record
Item No.**     **Description**

165.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0023
          Description:  Comments of Leslie Harosky re the proposal by
          Dominion Transmission Inc to construct and operate a natural gas
          compressor station under PF11-9.

166.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0024
          Description:  Comments of Bethany A Adamo re proposal by
          Dominion Transmission Inc to construct and operate a natural gas
          compressor station in Myersville, MD under PF11-9.

167.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0025
          Description:  Comments of Cathy Russell re proposal by Dominion
          Transmission Inc to construct and operate a natural gas compressor
          station under PF11-9.

168.      Filed By: INDIVIDUAL
          Filed Date:  11/21/2011
          Accession No:  201101121-0031
          Description:  Comments of Dorothy A Heinsohn re the Natural Gas
          Compressor Station proposed by Dominion Transmission, Inc under
          PF11-9.

169.      Filed By: WASHINGTON GAS LIGHT COMPANY
          Filed Date:  11/21/2011
          Accession No:  20111121-4002
          Description:  Washington Gas Light Company submits comments on
          Dominion Transmission, Inc's proposed Allegheny Storage Project
          under PF11-9.

34

| Record Item No. | Description |
| --- | --- |

**170.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5004
Description:  Comments of Kristine m Paza in Docket(s)/Project(s) PF11-9.

**171.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5008
Description:  Comments of Hank Kehlbeck in Docket(s)/Project(s) PF11-9.

**172.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5009
Description:  Comments of Terri Working in Docket(s)/Project(s) PF11-9.

**173.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5011
Description:  Comments of Jim Fogle in Docket(s)/Project(s) PF11-9.

**174.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5012
Description:  Comments of Ted Jenkins in Docket PF11-9.

**175.**      Filed By: Individual No Affiliation
Filed Date:  11/21/2011
Accession No:  20111121-5013
Description:  Comments of Ted Jenkins in Docket PF11- 9.

| **Record Item No.** | **Description** |
|---|---|
| 176. | Filed By: Individual No Affiliation<br>Filed Date:  11/21/2011<br>Accession No:  20111121-5029<br>Description:  Comment of Janet A Millward under PF11-9 in opposition. |
| 177. | Filed By: Individual No Affiliation<br>Filed Date:  11/21/2011<br>Accession No:  20111121-5195<br>Description:  Comment of Tracy Neal in Docket(s)/Project(s) PF11-9. |
| 178. | Filed By: INDIVIDUAL<br>Filed Date:  11/21/2011<br>Accession No:  201101122-0004<br>Description:  Comments of David B Sullivan re proposed Natural Gas Compressor under PF11-9. |
| 179. | Filed By: INDIVIDUAL<br>Filed Date:  11/21/2011<br>Accession No:  201101122-0005<br>Description:  Comments of Gerhard J Heinsohn re proposed Natural Gas Compressor Station that Dominion Transmission intends to build etc under PF11-9. |
| 180. | Filed By: INDIVIDUAL<br>Filed Date:  11/22/2011<br>Accession No:  201101122-0028<br>Description:  Comments of Brigitte Fortin regarding Dominion Transmission, Inc's proposeed natural gas compressor in or near Myersville, MD under PF11-9. |

**Record**
**Item No.**     **Description**

181.     Filed By: INDIVIDUAL INDIVIDUAL
         Filed Date: 11/22/2011
         Accession No: 201101122-0029
         Description: Comments of Steve Higgs et al regarding the proposed
         natural gas compressor in or near Myersville, MD under PF11-9.

182.     Filed By: INDIVIDUAL INDIVIDUAL
         Filed Date: 11/22/2011
         Accession No: 201101122-0030
         Description: Comments of Jeff and Tammie Thompson re the
         proposal by Dominion Transmission Inc to construct and operate a
         natural gas compressor station under PF11-9.

183.     Filed By: INDIVIDUAL INDIVIDUAL
         Filed Date: 11/22/2011
         Accession No: 201101122-0031
         Description: Comments of Lea Flaim et al regarding Dominion
         Transmission, Inc's proposed natural gas compressor in or near
         Myersville, MD under PF11-9.

184.     Filed By: INDIVIDUAL
         Filed Date: 11/22/2011
         Accession No: 201101122-0032
         Description: Comments of Patricia McGaha re the proposal by
         Dominion Transmission Inc to construct and operate a natural gas
         compressor station under PF11-9.

185.     Filed By: INDIVIDUAL
         Filed Date: 11/22/2011
         Accession No: 201101122-0033
         Description: Comments of Wayne F Kaufman re the proposal by
         Dominion Transmission Inc to construct and operate a natural gas
         compressor station under PF11-9.

37

**Record
Item No.**          **Description**

186.        Filed By: INDIVIDUAL
            Filed Date:  11/22/2011
            Accession No:  201101122-0034
            Description:  Comments of Ruth Kaufman regarding Dominion
            Transmission, Inc's proposed natural gas compressor in or near
            Myersville, MD under PF11-9.

187.        Filed By: INDIVIDUAL
            Filed Date:  11/22/2011
            Accession No:  201101122-0035
            Description:  Comments of Dina Montysko re the proposal by
            Dominion Transmission Inc to construct and operate a natural gas
            compressor station under PF11-9.

188.        Filed By: INDIVIDUAL
            Filed Date:  11/22/2011
            Accession No:  201101122-0036
            Description:  Comments of Eric Montysko regarding the proposed
            natural gas compressor in or near Myersville, MD under PF11-9.

189.        Filed By: INDIVIDUAL
            Filed Date:  11/22/2011
            Accession No:  201101122-0037
            Description:  Comments of Michelle K Staffieri re the proposal by
            Dominion Transmission Inc to construct and operate a natural gas
            compressor station under PF11-9.

190.        Filed By: INDIVIDUAL
            Filed Date:  11/22/2011
            Accession No:  201101122-0038
            Description:  Comments of William Staffien regarding Dominion
            Transmission, Inc's proposeed natural gas compressor in or near
            Myersville, MD under PF11-9.

**Record
Item No.     Description**

191.     Filed By: INDIVIDUAL
Filed Date:  11/22/2011
Accession No:  201101122-0039
Description:  Comments of Patricia Krizenesky regarding the
proposeed natural gas compressor in or near Myersville, MD under
PF11-9.

192.     Filed By: INDIVIDUAL
Filed Date:  11/22/2011
Accession No:  201101122-0040
Description:  Comments of Randy Reese re the proposal by Dominion
Transmission Inc to construct and operate a natural gas compressor
station under PF11-9.

193.     Filed By: INDIVIDUAL
Filed Date:  11/22/2011
Accession No:  201101122-0041
Description:  Comments of Margaret J Eisenhower re the proposal by
Dominion Transmission Inc to construct and operate a natural gas
compressor station under PF11-9.

194.     Filed By: INDIVIDUAL
Filed Date:  11/22/2011
Accession No:  201101122-0042
Description:  Comments of John Eisenhower regarding the proposed
natural gas compressor in or near Myersville, MD under PF11-9.

195.     Filed By: INDIVIDUAL
Filed Date:  11/22/2011
Accession No:  201101122-0053
Description:  Comments of Ann Nau re the proposed Natural Gas
Pipeline Compressor under PF11-9.

39

**Record
Item No.**        **Description**

196.        Filed By: MARYLAND HOUSE OF DELEGATES
            Filed Date:  11/22/2011
            Accession No:  201101122-0058
            Description:  Comments of The Maryland House of Delegates re the
            proposed Natural Gas Compressor under PF11-9.

197.        Filed By: Individual No Affiliation
            Filed Date:  11/22/2011
            Accession No:  20111122-5003
            Description:  Comments of Michele Tartaglia in Docket(s)/Project(s)
            PF11-9.

198.        Filed By: Individual No Affiliation
            Filed Date:  11/22/2011
            Accession No:  20111122-5004
            Description:  Comment of Rodger L Burgess in Docket(s)/Project(s)
            PF11-9.

199.        Filed By: Individual No Affiliation
            Filed Date:  11/22/2011
            Accession No:  20111122-5005
            Description:  Comments of Helen A. Clark in Docket(s)/Project(s)
            PF11-9.

200.        Filed By: Individual No Affiliation
            Filed Date:  11/22/2011
            Accession No:  20111122-5006
            Description:  Comment of Helen Clark in Docket PF11-9.

| **Record Item No.** | **Description** |
|---|---|
| 201. | Filed By: Individual No Affiliation<br>Filed Date:  11/22/2011<br>Accession No:  20111122-5007<br>Description:  Opposition Statement to Proposed Natural Gas Compressor in or near Myersville, MD, of Franz M Gerner under PF11-9. |
| 202. | Filed By: Individual No Affiliation<br>Filed Date:  11/22/2011<br>Accession No:  20111122-5008<br>Description:  Opposition Statement to Proposed Natural Gas Compressor in or near Myersville, MD, of Iwona M Gerner under PF11-9. |
| 203. | Filed By: Individual No Affiliation<br>Filed Date:  11/22/2011<br>Accession No:  20111122-5009<br>Description:  Opposition Statement to Proposed Natural Gas Compressor in or near Myersville, MD, of Marianne Gerner under PF11-9. |
| 204. | Filed By: Individual No Affiliation<br>Filed Date:  11/22/2011<br>Accession No:  20111122-5047<br>Description:  Comment of Tanya Miller under PF11-9. |
| 205. | Filed By: Board of County Commissioners, Frederick County Maryland<br>Filed Date:  11/22/2011<br>Accession No:  20111122-5108<br>Description:  Comment of Board of County Commissioners, Frederick County Maryland under PF11-9. |

| Record Item No. | Description |
| --- | --- |

206.     Filed By: Individual No Affiliation
Filed Date:  11/22/2011
Accession No:  20111122-5113
Description:  Comment of Edward Hallein in Docket(s)/Project(s) PF11-9.

207.     Filed By: Individual No Affiliation
Filed Date:  11/22/2011
Accession No:  20111122-5170
Description:  Comment of susan derse in Docket(s)/Project(s) PF11-9.

208.     Filed By: Individual No Affiliation
Filed Date:  11/22/2011
Accession No:  20111122-5171
Description:  Comment of Jeffrey Olson under PF11-9.

209.     Filed By: INDIVIDUAL INDIVIDUAL
Filed Date:  11/23/2011
Accession No:  201101123-0004
Description:  Comments of Kathy and Jay Gill expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

210.     Filed By: INDIVIDUAL
Filed Date:  11/23/2011
Accession No:  201101123-0005
Description:  Comments of C.P. Zachariadis expressing opposition to Dominion Transmission Inc's proposed natural gas compressor under PF11-9.

42

**Record**
**Item No.**     **Description**

211.     Filed By: INDIVIDUAL
         Filed Date:  11/23/2011
         Accession No:  201101123-0007
         Description:  Comments of Samantha L Holt concerning Dominion
         Transmission Inc's proposal to construct and operate a natural gas
         compressor Station near Myersville, MD under PF11-9.

212.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5003
         Description:  Comments of Matthew Isleib in Docket(s)/Project(s)
         PF11-9.

213.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5005
         Description:  Comments of Christine Isleib in Docket(s)/Project(s)
         PF11-9.

214.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5007
         Description:  Comments of Nancy Neal in Docket PF11-9.

215.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5010
         Description:  Comments of Carolyn McCall in Docket(s)/Project(s)
         PF11-9.

43

| Record Item No. | Description |
| --- | --- |

216.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5017
         Description:  Opposition to Proposed Siting of Gas Compresso
         Station in Myersville, MD under PF11-9.

217.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5019
         Description:  Opposition Statement to Proposed Natural Ga
         Compressor in or near Myersville, MD, by Fereshteh Gould under
         PF11-9.

218.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5023
         Description:  Comments of Debbie Bruns re Dominion Transmission,
         Inc's proposal to build a Gas Compressor Station in Myersville, MD
         under PF11-9.

219.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5029
         Description:  Comment of Michelle D Sweet under PF11-9

220.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5030
         Description:  Promotion of Farrell Keough under PF11-9.

221.     Filed By: Individual No Affiliation
         Filed Date:  11/23/2011
         Accession No:  20111123-5036
         Description:  Comment of Eric Hanson under PF11-9.

44

**Record
Item No.**    **Description**

222.      Filed By: Individual No Affiliation
Filed Date:  11/23/2011
Accession No:  20111123-5037
Description:  Comment of Jennifer Bertulaitis in Docket(s)/Project(s)
PF11-9.

223.      Filed By: Individual No Affiliation
Filed Date:  11/23/2011
Accession No:  20111123-5039
Description:  Comment of Franz M Gerner in Docket(s)/Project(s)
PF11-9.

224.      Filed By: Individual No Affiliation
Filed Date:  11/23/2011
Accession No:  20111123-5060
Description:  Comment of Delegate Kathy Afzali under PF11-9.

225.      Filed By: Individual No Affiliation
Filed Date:  11/23/2011
Accession No:  20111123-5079
Description:  Comment of Brigitte Fortin in Docket(s)/Project(s)
PF11-9-000

226.      Filed By: U.S. Army Corps of Engineers, Baltimore District
Filed Date:  11/23/2011
Accession No:  20111123-5101
Description:  Comment of U.S. Army Corps of Engineers, Baltimore
District under PF11-9.

227.      Filed By: Individual No Affiliation
Filed Date:  11/23/2011
Accession No:  20111123-5110
Description:  Comment of Delegate Kelly Schulz under PF11-9.

**Record
Item No.      Description**

228.        Filed By: Individual No Affiliation
            Filed Date:  11/23/2011
            Accession No:  20111123-5129
            Description:  Comment of Carol Crandall in Docket(s)/Project(s)
            PF11-9.

229.        Filed By: Individual No Affiliation
            Filed Date:  11/23/2011
            Accession No:  20111123-5163
            Description:  Comment of Kelly Schulz underPF11-9.

230.        Filed By: BOARD OF COUNTY COMMISSIONERS
            Filed Date:  11/23/2011
            Accession No:  201101125-0003
            Description:  Comments of Board of County Commissioners re
            Allegheny Storage Project under PF11-9.

231.        Filed By: INDIVIDUAL
            Filed Date:  11/23/2011
            Accession No:  201101125-0004
            Description:  Comments of Individual re the proposed Natural Gas
            Pipeline Compressor under PF11-9.

232.        Filed By: INDIVIDUAL INDIVIDUAL
            Filed Date:  11/23/2011
            Accession No:  201101125-0005
            Description:  Comments of Gerhard and Dorothy Heinsohn re the
            proposed Natural Gas Pipeline Compressor under PF11-9.

233.        Filed By: Individual No Affiliation
            Filed Date:  11/25/2011
            Accession No:  20111125-5001
            Description:  Comments of Joseph Mrozinski in Docket(s)/Project(s)
            PF11-9.

46

| **Record Item No.** | **Description** |
| --- | --- |

234.    Filed By: Individual No Affiliation
         Filed Date:  11/25/2011
         Accession No:  20111125-5002
         Description:  Comments of Eric Wilkinson in Docket(s)/Project(s)
         PF11-9.

235.    Filed By: Individual No Affiliation
         Filed Date:  11/25/2011
         Accession No:  20111125-5003
         Description:  Comments of Michelle Wilkinson in
         Docket(s)/Project(s) PF11-9.

236.    Filed By: Individual No Affiliation
         Filed Date:  11/25/2011
         Accession No:  20111125-5004
         Description:  Comments of Stephen Williams in Docket(s)/Project(s)
         PF11-9.

237.    Filed By: INDIVIDUAL
         Filed Date:  11/28/2011
         Accession No:  201101128-0005
         Description:  Comments of Corey T Hodson re proposal by Dominion
         Transmission Inc to construct and operate a natural gas compressor
         station under PF11-9.

238.    Filed By: INDIVIDUAL
         Filed Date:  11/28/2011
         Accession No:  201101128-0006
         Description:  Comments of Ben Heinrich re the proposed Natural Gas
         Pipeline Compressor under PF11-9.

47

**Record
Item No.**      **Description**

239.      Filed By: INDIVIDUAL
          Filed Date:  11/28/2011
          Accession No:  201101128-0007
          Description:  Comments of Maria Dirnagl re proposal by Dominion
          Transmission Inc to construct and operate a natural gas compressor
          station under PF11-9.

240.      Filed By: INDIVIDUAL
          Filed Date:  11/28/2011
          Accession No:  201101128-0008
          Description:  Comments of Individual re the proposed Natural Gas
          Pipeline Compressor under PF11-9.

241.      Filed By: INDIVIDUAL
          Filed Date:  11/28/2011
          Accession No:  201101128-0009
          Description:  Comments of Alan F Spade re proposal by Dominion
          Transmission Inc to construct and operate a natural gas compressor
          station under PF11-9.

242.      Filed By: INDIVIDUAL
          Filed Date:  11/28/2011
          Accession No:  201101128-0010
          Description:  Comments of Tina Spade re proposal by Dominion
          Transmission Inc to construct and operate a natural gas compressor
          station under PF11-9.

243.      Filed By: INDIVIDUAL
          Filed Date:  11/28/2011
          Accession No:  201101128-0011
          Description:  Comments of Carrie Spade re the proposed Natural Gas
          Pipeline Compressor under PF11-9.

48

| **Record Item No.** | **Description** |
|---|---|

244.    Filed By: INDIVIDUAL INDIVIDUAL
        Filed Date:  11/28/2011
        Accession No:  201101128-0012
        Description:  Comments of Gregory and Elisa Papaloukes re the
        proposed Natural Gas Pipeline Compressor under PF11-9.

245.    Filed By: INDIVIDUAL
        Filed Date:  11/28/2011
        Accession No:  201101128-0013
        Description:  Comments of Thomas J Smith re proposal by Dominion
        Transmission Inc to construct and operate a natural gas compressor
        station under PF11-9.

246.    Filed By: INDIVIDUAL
        Filed Date:  11/28/2011
        Accession No:  201101128-0014
        Description:  Comments of Robert & Shawna Bay re proposal by
        Dominion Transmission Inc to construct and operate a natural gas
        compressor station under PF11-9.

247.    Filed By: INDIVIDUAL
        Filed Date:  11/28/2011
        Accession No:  201101128-0015
        Description:  Comments of Cheryl Richman re the proposed Natural
        Gas Pipeline Compressor under PF11-9.

248.    Filed By: US ARMY CORPS OF ENGINEERS
        Filed Date:  11/28/2011
        Accession No:  201101128-0029
        Description:  Comments of Us Army Corps of Engineers re the
        Allegheny Storage Project under PF11-9.

| Record Item No. | Description |
| --- | --- |

249.  Filed By: MARYLAND HOUSE OF DELEGATES
      Filed Date:  11/28/2011
      Accession No:  201101128-0030
      Description:  Comments of Maryland House of Delegates re the
      Allegheny Storage Project under PF11-9.

250.  Filed By: INDIVIDUAL
      Filed Date:  11/28/2011
      Accession No:  201101128-0031
      Description:  Comments of John Summers re the Allegheny Storage
      Project under PF11-9.

251.  Filed By: MARYLAND, STATE OF
      Filed Date:  11/28/2011
      Accession No:  20111128-5144
      Description:  Comments of MD State Senator David R. Brinkley
      under PF11-9.

252.  Filed By: Individual No Affiliation
      Filed Date:  11/29/2011
      Accession No:  20111129-5014
      Description:  Comment of Rick Millward under PF11-9.

253.  Filed By: INDIVIDUAL
      Filed Date:  11/30/2011
      Accession No:  201101130-0020
      Description:  Comments of Chadrenne Blouin re the proposed Natural
      Gas Pipeline Compressor under PF11-9.

254.  Filed By: INDIVIDUAL
      Filed Date:  11/30/2011
      Accession No:  201101130-0021
      Description:  Comments of Heather Kersher re the proposed Natural
      Gas Pipeline Compressor under PF11-9.

50

| Record Item No. | Description |
|---|---|

255.    Filed By: INDIVIDUAL
Filed Date:  11/30/2011
Accession No:  201101130-0027
Description:  Comments of Rick Millward re the proposed Natural Gas Pipeline Compressor under PF11-9.

256.    Filed By: SENATE, UNITED STATES SENATE, UNITED STATES
Filed Date:  11/30/2011
Accession No:  201101206-0028
Description:  Comments of US Senator Benjamin L Cardin et al expressing concerns re Dominion Transmission, Inc's proposed Allegheny Storage Project under PF11-9.

257.    Filed By: INDIVIDUAL
Filed Date:  12/1/2011
Accession No:  201101201-0033
Description:  Comments of Paul R Silverman concerning the proposal by Dominion Transmission Inc to construct and operate a natural gas compressor station near Myersville, MD under PF11-9.

258.    Filed By: INDIVIDUAL
Filed Date:  12/2/2011
Accession No:  201101205-0007
Description:  Comments of Kim Henderson re the proposed Natural Gas Pipeline Compressor under PF11-9.

259.    Filed By: INDIVIDUAL
Filed Date:  12/2/2011
Accession No:  201101205-0008
Description:  Comments of Clint Henderson re the proposed Natural Gas Pipeline Compressor under PF11-9.

51

**Record
Item No.**        **Description**

260.        Filed By: INDIVIDUAL
            Filed Date:  12/2/2011
            Accession No:  201101205-0009
            Description:  Comments of Dawn Fleming re Dominion Transmission
            Inc's proposal to construct and operate a natural gas compressor
            station in Myersville, MD under PF11-9.

261.        Filed By: INDIVIDUAL
            Filed Date:  12/2/2011
            Accession No:  201101205-0010
            Description:  Comments of Clinton Fleming re Dominion Allegheny
            Storage Project under PF11-9.

262.        Filed By: INDIVIDUAL
            Filed Date:  12/2/2011
            Accession No:  201101205-0011
            Description:  Comments of Individual re the proposed Natural Gas
            Pipeline Compressor under PF11-9.

263.        Filed By: INDIVIDUAL
            Filed Date:  12/2/2011
            Accession No:  201101205-0012
            Description:  Comments of Michael Arnold re Dominion
            Transmission Inc's proposal to construct and operate a natural gas
            compressor station in Myersville, MD under PF11-9.

264.        Filed By: INDIVIDUAL
            Filed Date:  12/2/2011
            Accession No:  201101205-0013
            Description:  Comments of Charles Myers re the proposed Natural
            Gas Pipeline Compressor under PF11-9.

| Record Item No. | Description |
|---|---|

265.  Filed By: INDIVIDUAL
      Filed Date:  12/2/2011
      Accession No:  201101205-0014
      Description:  Comments of Austin Brandenburg re the proposed
      Natural Gas Pipeline Compressor under PF11-9.

266.  Filed By: INDIVIDUAL
      Filed Date:  12/2/2011
      Accession No:  201101205-0015
      Description:  Comments of Ronald Brandenburg re the proposed
      Natural Gas Pipeline Compressor under PF11-9.

267.  Filed By: INDIVIDUAL
      Filed Date:  12/2/2011
      Accession No:  201101205-0016
      Description:  Comments of Timothy Watson re the proposed Natural
      Gas Pipeline Compressor under PF11-9.

268.  Filed By: INDIVIDUAL
      Filed Date:  12/2/2011
      Accession No:  201101205-0017
      Description:  Comments of Maryann Brandenburg re Dominion
      Transmission Inc's proposal to construct and operate a natural gas
      compressor station in Myersville, MD under PF11-9.

269.  Filed By: INDIVIDUAL
      Filed Date:  12/2/2011
      Accession No:  201101205-0018
      Description:  Comments of Matthew and Mellissa Arney re Dominion
      Transmission Inc's proposal to construct and operate a natural gas
      compressor station in Myersville, MD under PF11-9.

**Record
Item No.**      **Description**

270.      Filed By: SWEETWATER BLUFF FARM
          Filed Date:  12/5/2011
          Accession No:  201101205-0030
          Description:  Comments of Sweetwater Bluff Farm re the proposed
          Natural Gas Pipeline Compressor under PF11-9.

271.      Filed By: INDIVIDUAL
          Filed Date:  12/5/2011
          Accession No:  201101205-0031
          Description:  Comments of Individua re the proposed Natural Gas
          Pipeline Compressor under PF11-9.

272.      Filed By: INDIVIDUAL
          Filed Date:  12/5/2011
          Accession No:  201101205-0032
          Description:  Comments of Martha O'Bryan re the proposed Natural
          Gas Pipeline Compressor under PF11-9.

273.      Filed By: INDIVIDUAL
          Filed Date:  12/5/2011
          Accession No:  201101205-0033
          Description:  Comments of Betty Brandenburg expressing concerns re
          a proposal by Dominion Transmission Inc to construct and operate a
          natural gas compressor station near Myersville, MD under PF11-9.

274.      Filed By: SENATE OF MARYLAND
          Filed Date:  12/5/2011
          Accession No:  201101205-0034
          Description:  Comments of Maryland Senator David R Brinkley
          expressing concerns re a proposal by Dominion Transmission Inc to
          construct and operate a natural gas compressor station near
          Myersville, MD under PF11-9.

54

**Record
Item No.**      **Description**

275.       Filed By: INDIVIDUAL
           Filed Date:  12/5/2011
           Accession No:  201101205-0035
           Description:  Comments of an individual expressing concerns re a
           proposal by Dominion Transmission Inc to construct and operate a
           natural gas compressor station near Myersville, MD under PF11-9.

276.       Filed By: Individual No Affiliation
           Filed Date:  12/5/2011
           Accession No:  20111205-5021
           Description:  Myersville Citizens for a Rural Community response to
           letter received from Dominion under PF11-9.

277.       Filed By: INDIVIDUAL INDIVIDUAL
           Filed Date:  12/6/2011
           Accession No:  201101206-0016
           Description:  Comments of AH & N Croney in opposition to proposed
           natural gas compressor in or near Myersville, MD under PF11-9.

278.       Filed By: Individual No Affiliation
           Filed Date:  12/6/2011
           Accession No:  20111206-5054
           Description:  Comment of Kevin Kreger under PF11-9.

279.       Filed By: Individual No Affiliation
           Filed Date:  12/7/2011
           Accession No:  20111207-5102
           Description:  Comment of Jenny Linthicum under  PF11-9.

280.       Filed By: Dominion Transmission, Inc.
           Filed Date:  12/7/2011
           Accession No:  20111207-5143
           Description:  Responses to Scoping Comments of Dominion
           Transmission, Inc. under PF11-9.

55

**Record
Item No.**    **Description**

281.    Filed By: Dominion Transmission, Inc.
Filed Date:  12/8/2011
Accession No:  20111208-5122
Description:  Draft APEA of Dominion Transmission, Inc. under
PF11-9.

282.    Filed By INDIVIDUAL
Filed Date:  12/9/2011
Accession No:  201101209-0014
Description:  Comments of Jane Byron expressing opposition to
Dominion Transmission Inc's proposed natural gas compressor under
PF11-9.

283.    Filed By INDIVIDUAL
Filed Date:  12/9/2011
Accession No:  201101209-0015
Description:  Comments of Steven T Watkins expressing opposition
to Dominion Transmission Inc's proposed natural gas compressor
under PF11-9.

284.    Filed By INDIVIDUAL
Filed Date:  12/12/2011
Accession No:  201101212-0024
Description:  Comments of Lisa Brandenburg concerning Dominion
Transmission Inc's proposal to construct and operate a natural gas
compressor station near Myersville, MD under PF11-9.

285.    Filed By INDIVIDUAL
Filed Date:  12/14/2011
Accession No:  201101214-0013
Description:  Comments of an individual re proposed natural gas
compressor near Myersville, MD under PF11-9.

56

**Record
Item No.**          **Description**

286.          Filed By: SENATE OF MARYLAND
              Filed Date:  12/16/2011
              Accession No:  201101216-0005
              Description:  Comments of The Senate of Maryland re the proposal by
              Dominion Transmission Inc to construct and operate a natural gas
              compressor station under PF11-9.

287.          Filed By: INDIVIDUAL
              Filed Date:  12/16/2011
              Accession No:  201101216-0006
              Description:  Comments of Margaret McIntosh re proposal by
              Dominion Transmission Inc to construct and operate a natural gas
              compressor station under PF11-9.

288.          Filed By: INDIVIDUAL
              Filed Date:  12/19/2011
              Accession No:  201101219-0013
              Description:  Comments of an individual re proposed Natural Gasd
              Compressor in Myersville, MD under PF11-9.

289.          Filed By: INDIVIDUAL
              Filed Date:  12/19/2011
              Accession No:  201101219-0014
              Description:  Comments of Lawrence Ward re proposed Natural Gas
              Compressor in Myersville, MD under PF11-9.

290.          Filed By: INDIVIDUAL INDIVIDUAL
              Filed Date:  12/19/2011
              Accession No:  201101219-0015
              Description:  Comments of Carol & Edward Hicks re proposed
              Natural Gas Compressor in Myersville, MD under PF11-9.

57

**Record**
**Item No.**      **Description**

291.      Issued By: ENERGY PROJECTS, OFFICE OF
          Filed Date:  12/19/2011
          Accession No:  20111219-3032
          Description:  Letter to Dominion Transmission, Incorporated
          providing comments on the draft Environmental Resource Reports 1
          through 12 for the planned Allegheny Storage Project under PF11-9.

292.      Filed By: Dominion Transmission, Inc.
          Filed Date:  12/19/2011
          Accession No:  20111219-5164
          Description:  Monthly status update of Dominion Transmission, Inc.
          under PF11-9.

293.      Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
          Filed Date:  12/19/2011
          Accession No:  201101220-0012
          Description:  Letter to US Representative Roscoe G Bartlett's 11/7/11
          letter re Dominion Transmission, Inc's planned compressor station for
          the Allegheny Storage Project under PF11-9.

294.      Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
          Filed Date:  12/22/2011
          Accession No:  201200106-0011
          Description:  Chairman Jon Wellinghoff's response to Senator Barbara
          Mikulski's 11/30/11 letter regarding Dominion Transmission, Inc's
          planned compressor station in Myersville, Maryland under PF11-9.

295.      Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
          Filed Date:  12/22/2011
          Accession No:  201200106-0012
          Description:  Chairman Jon Wellinghoff's response to Senator
          Benjamin Cardin's 11/30/11 letter regarding Dominion Transmission,
          Inc's planned compressor station in Myersville, MD under PF11-9.

58

| Record Item No. | Description |
|---|---|

**296.**     Filed By: Individual No Affiliation
Filed Date:  12/23/2011
Accession No:  20111223-5058
Description:  Comment of Steve Ramsey in Docket PF11-9.

**297.**     Filed By: PENNSYLVANIA FISH & BOAT COMMISSION
Filed Date:  12/28/2011
Accession No:  201101228-0017
Description:  PA Fish & Boat Commission discusses Allegheny Storage Project under PF11-9.

**298.**     Filed By: INDIVIDUAL
Filed Date:  1/3/2012
Accession No:  201200103-0009
Description:  Comments of Mark A Smith re the proposal by Dominion Transmission Inc to construct and operate a natural gas compressor station under PF11-9.

**299.**     Filed By: Individual No Affiliation
Filed Date:  1/3/2012
Accession No:  20120103-5003
Description:  Comment of William Adamo in Docket(s)/Project(s) PF11-9.

**300.**     Filed By: Individual No Affiliation
Filed Date:  1/3/2012
Accession No:  20120103-5019
Description:  Comment in opposition of PF11-9, regarding DTI draft Environmental Assessment by the Myersville Citizens for a Rural Community member Ted Cady.

59

**Record**
**Item No.**        **Description**

301.        Filed By: Individual No Affiliation
            Filed Date:  1/3/2012
            Accession No:  20120103-5105
            Description:  Comment of Chad Tasker in Docket(s)/Project(s) PF11
            9-000

302.        Filed By: Individual No Affiliation
            Filed Date:  1/3/2012
            Accession No:  20120103-5124
            Description:  Comment of Chad Tasker in Docket(s)/Project(s) PF11
            9-000

303.        Filed By: Individual No Affiliation
            Filed Date:  1/4/2012
            Accession No:  20120104-5003
            Description:  Comment of Daniel Velez in Docket(s)/Project(s) PF11
            9-000

304.        Filed By: Individual No Affiliation
            Filed Date:  1/4/2012
            Accession No:  20120104-5071
            Description:  Comment of Chad in Docket(s)/Project(s) PF11-9-000

305.        Filed By: Individual No Affiliation
            Filed Date:  1/4/2012
            Accession No:  20120104-5073
            Description:  Comment of Dexter Tompkins in Docket(s)/Project(s)
            PF11-9-000

306.        Filed By: Individual No Affiliation
            Filed Date:  1/4/2012
            Accession No:  20120104-5116
            Description:  Comment of Chad Tasker under PF11-9.

| Record Item No. | Description |
| --- | --- |

307.    Filed By: Individual No Affiliation
        Filed Date:  1/5/2012
        Accession No:  20120105-5033
        Description:  Report of Donna Mead under PF11-9.

308.    Filed By: Individual No Affiliation
        Filed Date:  1/5/2012
        Accession No:  20120105-5037
        Description:  Comments of Donna and Mark Mead regarding docket#
        PF11-9.

309.    Filed By: Individual No Affiliation
        Filed Date:  1/5/2012
        Accession No:  20120105-5041
        Description:  Response to DTI's EA draft for Docket PF11-9.

310.    Filed By: Individual No Affiliation
        Filed Date:  1/5/2012
        Accession No:  20120105-5045
        Description:  Comment of Faith Lotsikas, DVM in
        Docket(s)/Project(s) PF11-9-000

311.    Filed By: Individual No Affiliation
        Filed Date:  1/6/2012
        Accession No:  20120106-5004
        Description:  Comment of Ted Cady under PF11-9, regarding DTI's
        Response to Comments Received During FERC Scoping Process

312.    Filed By: Individual No Affiliation
        Filed Date:  1/6/2012
        Accession No:  20120106-5022
        Description:  Comment of Mark Billadeau in Docket(s)/Project(s)
        PF11-9-000

61

**Record**
**Item No.**     **Description**

313.     Filed By: Individual No Affiliation
          Filed Date:  1/6/2012
          Accession No:  20120106-5054
          Description:  Comment of Tammy Mangan in Docket(s)/Project(s)
          PF11-9-000

314.     Filed By: Individual No Affiliation
          Filed Date:  1/6/2012
          Accession No:  20120106-5084
          Description:  Comment of Dorothy and Gerhard Heinsohn under
          PF11-9.

315.     Filed By: Individual No Affiliation
          Filed Date:  1/6/2012
          Accession No:  20120106-5125
          Description:  Response of Franz Gerner to DTI's responses to
          comments received during the FERC scoping process under PF11-9

316.     Filed By: Individual No Affiliation
          Filed Date:  1/6/2012
          Accession No:  20120106-5129
          Description:  Protest of Marianne Gerner under PF11-9.

317.     Filed By: Individual No Affiliation
          Filed Date:  1/6/2012
          Accession No:  20120106-5131
          Description:  Protest of Iwona M Gerner under PF11-9.

318.     Filed By: Individual No Affiliation
          Filed Date:  1/9/2012
          Accession No:  20120109-5003
          Description:  Comments of Barbara Ramsey in Docket(s)/Project(s)
          PF11-9.

62

**Record
Item No.**        <u>**Description**</u>

319.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5004
            Description:  Comments of Steve Ramsey in Docket(s)/Project(s)
            PF11-9.

320.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5034
            Description:  Report of Margie Binzer under PF11-9, Comments on
            DTI's Scoping Process Responses. Opposition to Proposed Siting of
            Compressor Station in Myersville, MD

321.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5036
            Description:  Comment of Rick Millward under PF11-9.

322.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5037
            Description:  Comment of Janet A Millward under PF11-9.

323.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5042
            Description:  Comment of Janet A Millward under PF11-9.

324.        Filed By: Individual No Affiliation
            Filed Date:  1/9/2012
            Accession No:  20120109-5043
            Description:  Report of Debbie Bruns under PF11-9.

| **Record Item No.** | **Description** |
|---|---|

325.    Filed By: Individual No Affiliation Individual No Affiliation
        Individual No Affiliation
        Filed Date: 1/9/2012
        Accession No: 20120109-5044
        Description: Comment of Franz Gerner, Iwona Gerner and Marianne
        Gerner on Environmental Assessment Draft prepared by DTI in PF11
        -9.

326.    Filed By: Individual No Affiliation
        Filed Date: 1/9/2012
        Accession No: 20120109-5151
        Description: Comment of susan derse in Docket(s)/Project(s) PF11-9
        -000

327.    Filed By: INDIVIDUAL
        Filed Date: 1/9/2012
        Accession No: 201200117-0001
        Description: Comments of Barbara Ramsey re the Domion
        Transmission Inc Allegeny Storage Project under PF11-9.

328.    Filed By: INDIVIDUAL INDIVIDUAL
        Filed Date: 1/10/2012
        Accession No: 201200110-0013
        Description: Comments of Yvonne & Alan Atwood in response to
        Dominion Transmission, Inc's Draft Environmental Assessment re the
        Allegheny Storage Project under PF11-9.

329.    Filed By: Dominion Transmission, Inc.
        Filed Date: 1/11/2012
        Accession No: 20120111-5234
        Description: Report of Dominion Transmission, Inc. under PF11-9.

64

**Record
Item No.**       **Description**

330.       Filed By: INDIVIDUAL
           Filed Date:  1/12/2012
           Accession No:  201200112-0016
           Description:  Comments of individuals re Dominion Transmission
           Inc's Environmental Assessment draft of Dec 8 for the Allegheny
           Storage Project under PF11-9.

331.       Filed By: Individual No Affiliation
           Filed Date:  1/12/2012
           Accession No:  20120112-5065
           Description:  Comment of Tammy Mangan in Docket(s)/Project(s)
           PF11-9-000

332.       Filed By: Dominion Transmission, Inc.
           Filed Date:  1/17/2012
           Accession No:  20120117-5166
           Description:  Supplemental Information of Dominion Transmission,
           Inc. under PF11-9.

333.       Filed By: PENNSYLVANIA HISTORICAL & MUSEUM
           COMMISSION
           Filed Date:  1/23/2012
           Accession No:  201200125-0014
           Description:  Correspondence from Pennsylvania Historical and
           Museum Commission to Dominion Resources Services, Inc re
           Allegheny Storage Project, Sabinville Storage Station and
           Replacement Pipeline under PF11-9.

334.       Issued By: ENERGY PROJECTS, OFFICE OF
           Filed Date:  1/25/2012
           Accession No:  20120125-4003
           Description:  Project update for the Allegheny Storage Project under
           PF11-9.

65

| Record Item No. | Description |
|---|---|

335.  Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date:  2/1/2012
Accession No:  20120201-4005
Description:  Conference Call discussing the Applicant Prepared Draft
Environmental Assessment re Dominion Transmission, Inc under
PF11-9.

336.  Filed By: INDIVIDUAL
Filed Date:  2/6/2012
Accession No:  201200206-0042
Description:  Comments of Francis R. Ertle re the proposal by
Dominion Transmission Inc to construct and operate a natural gas
compressor station under PF11-9.

337.  Filed By: Individual No Affiliation
Filed Date:  2/6/2012
Accession No:  20120206-5009
Description:  Comments of Daniel J Papuchis in Docket(s)/Project(s)
PF11-9.

338.  Filed By: Individual No Affiliation
Filed Date:  2/17/2012
Accession No:  20120217-5168
Description:  Comments of Chad Tasker under PF11-9

339.  Filed By: Dominion Transmission, Inc.
Filed Date:  2/17/2012
Accession No: 20120217-5189
Description: Allegheny Storage Project Application for Pipeline
Certificate of Dominion Transmission, Inc. under CP12-72.

66

| Record Item No. | Description |
|---|---|

**340.**     Filed By:  Dominion Transmission, Inc.
Filed Date: 2/17/2012
Accession No:  20120217-5190
Description:  Allegheny Storage Project Application for Pipeline
Certificate of Dominion Transmission, Inc. under CP12-72.

**341.**     Filed By:   Dominion Transmission, Inc.
Filed Date: 2/17/2012
Accession No: 20120217-5191
Description:  Allegheny Storage Project Application for Pipeline
Certificate of Dominion Transmission, Inc. under CP12-72.

**342.**     Filed By:  PECO Energy Company
Filed Date: 2/22/2012
Accession No: 20120222-5058
Description: (doc-less) Motion to Intervene of PECO Energy
Company under CP12-72.

**343.**     Filed By: Dominion Transmission, Inc.
Filed Date: 2/22/2012
Accession No: 20120222-5088
Description: Supplemental Information of Dominion Transmission,
Inc. under CP12-72.

**344.**     Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 2/24/2012
Accession No: 20120224-3019
Description: Notice of Dominion Transmission, Inc's 2/17/12 filing of
application for certificate under CP12-72 et al.

**345.**     Filed By: INDIVIDUAL
Filed Date: 2/24/2012
Accession No: 20120224-4013
Description:  Comment of Michelle Sweet in CP12-72 and PF11

| **Record Item No.** | **Description** |
|---|---|

346.    Filed By: Dominion Transmission, Inc.
`         Filed Date:  2/24/2012
         Accession No:  20120224-5054
         Description:  Monthly Status Report of Dominion Transmission, Inc. under PF11-9.

347.    Issued By: SECRETARY OF THE COMMISSION, FERC
         Filed Date: 2/27/2012
         Accession No: 20120227-3000
         Description:  Errata Notice to the Commission's 2/24/12 Notice of Application re Dominion Transmission, Inc under CP12-72 et al.

348.    Filed By: Individual No Affiliation
         Filed Date: 2/27/2012
         Accession No: 20120227-5025
         Description: Comment of Michelle D Sweet under CP12-72, et. al..

349.    Filed By: Individual No Affiliation
         Filed Date: 2/27/2012
         Accession No: 20120227-5027
         Description: Comment of Michelle D Sweet under CP12-72.

350.    Filed By: UGI Distribution Companies
         Filed Date: 2/28/2012
         Accession No: 20120228-5023
         Description: Motion to Intervene of UGI Distribution Companies under CP12-72.

351.    Filed By: Individual No Affiliation
         Filed Date: 2/28/2012
         Accession No: 20120228-5034
         Description:  Extension of Time to file Comment of Michelle D Sweet under CP12-72.

68

**Record
Item No.**     **Description**

352.     Filed By:  Dominion Transmission, Inc.
          Filed Date: 3/1/2012
          Accession No: 20120301-5141
          Description: Supplemental Information of Dominion Transmission,
          Inc. under CP12-72.

353.     Filed By: Individual No Affiliation
          Filed Date: 3/1/2012
          Accession No: 20120301-5153
          Description: Comment of Michelle D Sweet under CP12-72.

354.     Filed By: Individual No Affiliation
          Filed Date: 3/2/2012
          Accession No: 20120302-5018
          Description:  Motion to Intervene of Michelle D Sweet under CP12
          72.

355.     Filed By: Cullen and Dykman LLP National Grid Gas Delivery
          Companies National Grid Gas Delivery Companies National Grid Gas
          Delivery Companies National Grid Gas Delivery Companies
          Filed Date: 3/2/2012
          Accession No: 20120302-5027
          Description:  (doc-less) Motion to Intervene of National Grid Gas
          Delivery Companies, et. al. under CP12-72.

356.     Filed By: NJR Energy Services Company
          Filed Date: 3/2/2012
          Accession No: 20120302-5071
          Description:  (doc-less) Motion to Intervene of NJR Energy Services
          Company under CP12-72.

69

**Record
Item No.**          **Description**

357.          Filed By:  New Jersey Natural Gas Company
              Filed Date: 3/2/2012
              Accession No: 20120302-5074
              Description:  (doc-less) Motion to Intervene of New Jersey Natural
              Gas Company under CP12-72.

358.          Filed By: Baltimore Gas and Electric Company
              Filed Date: 3/5/2012
              Accession No: 20120305-5093
              Description:  Motion to Intervene and Statement of Support of
              Baltimore Gas and Electric Company under CP12-72, et al

359.          Filed By: Individual No Affiliation
              Filed Date: 3/7/2012
              Accession No: 20120307-5026
              Description:  Comments of Michelle D Sweet re Notice of Application
              issued on February 24, 2012 under CP12-72.

360.          Filed By: New York State Electric & Gas Corporation Rochester Gas
              and Electric Corporation
              Filed Date: 3/7/2012
              Accession No: 20120307-5125
              Description:  Motion to Intervene of New York State Electric & Gas
              Corporation and Rochester Gas and Electric Corporation in Docket
              No. CP12-72.

361.          Filed By:  Piedmont Natural Gas Company, Inc.
              Filed Date: 3/7/2012
              Accession No: 20120307-5127
              Description:  (doc-less) Motion to Intervene of Piedmont Natural Gas
              Company, Inc. under CP12-72.

| Record Item No. | Description |
| --- | --- |

362.    Issued By: SECRETARY OF THE COMMISSION, FERC
        Filed Date: 3/9/2012
        Accession No: 20120309-3001
        Description: Clarification of notice of application re Dominion
        Transmission, Inc under CP12-72 et al.

363.    Filed By: National Fuel Gas Distribution Corporation
        Filed Date: 3/9/2012
        Accession No: 20120309-5045
        Description: Motion to Intervene of National Fuel Gas Distribution
        Corporation under CP12-72.

364.    Filed By: PSEG Energy Resources & Trade LLC
        Filed Date: 3/9/2012
        Accession No: 20120309-5155
        Description: (doc-less) Motion to Intervene of PSEG Energy
        Resources & Trade LLC under CP12-72, et. al.

365.    Filed By: Dominion Transmission, Inc.
        Filed Date: 3/9/2012
        Accession No: 20120309-5180
        Description: Monthly Status Report of DTI under PF11-9.

366.    Filed By: Town of Myersville
        Filed Date: 3/12/2012
        Accession No: 20120312-5077
        Description: (doc-less) Motion to Intervene of Town of Myersville
        under CP12-72.

367.    Filed By: Atmos Energy Corporation
        Filed Date: 3/12/2012
        Accession No: 20120312-5083
        Description: Motion to Intervene of Atmos Energy Corporation under
        CP12-72.

71

| **Record Item No.** | **Description** |
|---|---|

368.    Filed By: Individual No Affiliation
        Filed Date: 3/13/2012
        Accession No: 20120313-5079
        Description: (doc-less) Motion to Intervene of Susan Derse under
        CP12-72.

369.    Filed By: Individual No Affiliation
        Filed Date: 3/13/2012
        Accession No: 20120313-5146
        Description: (doc-less) Motion to Intervene of Nikki Cline under
        CP12-72.

370.    Filed By: Individual No Affiliation
        Filed Date: 3/14/2012
        Accession No: 20120314-5039
        Description: Comment of Michelle D Sweet under CP12-72.

371.    Filed By: New York State Public Service Commission
        Filed Date: 3/15/2012
        Accession No: 20120315-5026
        Description: (doc-less) Notice of Intervention of the New York State
        Public Service Commission under CP12-72, et al.

372.    Filed By: INDIVIDUAL INDIVIDUAL
        Filed Date: 3/16/2012
        Accession No: 201200316-0023
        Description: William G Burrier & Darlene M Burrier submits
        comments re the construction of the proposed Myersville Compressor
        Station by Dominion Transmission Inc for the DTI Allegheny Storage
        Project under CP12-72.

72

| **Record Item No.** | **Description** |
| --- | --- |

373.      Filed By: Individual No Affiliation
Filed Date: 3/16/2012
Accession No: 20120316-5011
Description:  (doc-less) Motion to Intervene of Franz M Gerner under CP12-72.

374.      Filed By: Dominion Transmission, Inc.
Filed Date: 3/16/2012
Accession No: 20120316-5034
Description:  Supplemental Information of Dominion Transmission, Inc. under CP12-72.

375.      Filed By: CNX Gas Company LLC
Filed Date: 3/16/2012
Accession No: 20120316-5059
Description:  Motion to Intervene of CNX Gas Company in CP12-72.

376.      Filed By: City of Richmond, Virginia
Filed Date:  3/16/2012
Accession No: 20120316-5103
Description:  Motion to Intervene of the City of Richmond, Virginia under CP12-72.

377.      Filed By: Washington Gas Light Company
Filed Date: 3/16/2012
Accession No: 20120316-5157
Description:  Motion to Intervene of Washington Gas Light Company under CP12-72.

378.      Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5018
Description:  Comments of Michelle D Sweet re the Alleghany Storage Project under CP12-72.

73

**Record
Item No.**          **Description**

379.        Filed By: Individual No Affiliation
            Filed Date: 3/19/2012
            Accession No: 20120319-5088
            Description:  Comment of Tammy Mangan in Docket(s)/Project(s)
            CP12-72-000.

380.        Filed By: Individual No Affiliation
            Filed Date: 3/19/2012
            Accession No: 20120319-5151
            Description: (doc-less) Motion to Intervene of Janet A Millward under
            CP12-72.

381.        Filed By: Individual No Affiliation
            Filed Date: 3/19/2012
            Accession No: 20120319-5153
            Description: (doc-less) Motion to Intervene of Ann M Nau under
            CP12-72.

382.        Filed By: Individual No Affiliation
            Filed Date: 3/20/2012
            Accession No: 20120320-5012
            Description: (doc-less) Motion to Intervene of Megan Rigby under
            CP12-72.

383.        Filed By: Individual No Affiliation
            Filed Date: 3/20/2012
            Accession No: 20120320-5139
            Description: (doc-less) Motion to Intervene of Coleman R Carpenter
            under CP12-72.

384.        Filed By: Individual No Affiliation
            Filed Date: 3/21/2012
            Accession No: 20120321-5004
            Description:  (doc-less) Motion to Intervene of Jeff S Olson under
            CP12-72.

74

**Record
Item No.**    **Description**

385.         Filed By: Individual No Affiliation
             Filed Date: 3/21/2012
             Accession No: 20120321-5006
             Description: (doc-less) Motion to Intervene of Tracy Hammond under
             CP12-72.

386.         Filed By: Individual No Affiliation
             Filed Date: 3/21/2012
             Accession No: 20120321-5118
             Description: (doc-less) Motion to Intervene of Michael R Hotz under
             CP12-72.

387.         Filed By: Individual No Affiliation
             Filed Date: 3/23/2012
             Accession No: 20120323-5094
             Description:  (doc-less) Motion to Intervene of M. Binzer under
             CP12-72.

388.         Filed By: Individual No Affiliation
             Filed Date: 3/23/2012
             Accession No: 20120323-5112
             Description: (doc-less) Motion to Intervene of Dorothy A Heinsohn
             under CP12-72.

389.         Filed By: Individual No Affiliation
             Filed Date: 3/23/2012
             Accession No: 20120323-5115
             Description: (doc-less) Motion to Intervene of Gerhard J Heinsohn
             under CP12-72.

390.         Filed By: INDIVIDUAL
             Filed Date: 3/26/2012
             Accession No: 201200326-0015
             Description: Comments of Tammy Mangan re the complaint and
             request for legal action under CP12-72.

| Record Item No. | Description |
|---|---|

391.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5004
        Description: Comments of Denise Kiley in Docket(s)/Project(s)
        CP12-72.

392.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5005
        Description:  Comments of Tammy Mangan in Docket(s)/Project(s)
        CP12-72.

393.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5011
        Description:  (doc-less) Motion to Intervene of Stephanie L Simek
        under CP12-72.

394.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5012
        Description: (doc-less) Motion to Intervene of James Derse under
        CP12-72.

395.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5018
        Description:  Motion to Intervene of Joseph M Mrozinski re the DT
        Allegheny Storage Project under CP12-72.

396.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5081
        Description:  Comments of Tammy Mangan in Docket(s)/Project(s)
        CP12-72.

76

**Record
Item No.**      **Description**

397.          Filed By: Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5091
              Description: (doc-less) Motion to Intervene of Angela J Brinkley
              Morris under CP12-72.

398.          Filed By: Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5100
              Description:  Comment of Angela J Brinkley Morris in
              Docket(s)/Project(s) CP12-72-000.

399.          Filed By:  Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5111
              Description:  (doc-less) Motion to Intervene of Kim Howell under
              CP12-72.

400.          Filed By: Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5112
              Description:  (doc-less) Motion to Intervene of Chris M Popple under
              CP12-72.

401.          Filed By: Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5117
              Description: (doc-less) Motion to Intervene of Genevieve E Linthicum
              under CP12-72.

402.          Filed By: Individual No Affiliation
              Filed Date: 3/26/2012
              Accession No: 20120326-5119
              Description: Comments of Genevieve E Linthicum in
              Docket(s)/Project(s) CP12-72.

77

**Record
Item No.**       **Description**

403.       Filed By: Individual No Affiliation
           Filed Date: 3/26/2012
           Accession No: 20120326-5137
           Description: (doc-less) Motion to Intervene of Ellen L Doreen under
           CP12-72.

404.       Filed By: Individual No Affiliation
           Filed Date: 3/27/2012
           Accession No: 20120327-5003
           Description: (doc-less) Motion to Intervene of Tammy Mangan under
           CP12-72.

405.       Filed By: Individual No Affiliation
           Filed Date: 3/27/2012
           Accession No: 20120327-5011
           Description: Comment of Stephanie L. Simek in Docket(s)/Project(s)
           CP12-72.

406.       Filed By: Individual No Affiliation
           Filed Date: 3/27/2012
           Accession No: 20120327-5015
           Description: Motion to Intervene - Ted Cady under CP12-72.

407.       Filed By:  Myersville Citizens for a Rural Community, Inc.
           Filed Date: 3/27/2012
           Accession No: 20120327-5016
           Description:  Motion to Intervene - Myersville Citizens for a Rural
           Community, Inc. under CP12-72.

408.       Filed By: Individual No Affiliation
           Filed Date: 3/27/2012
           Accession No: 20120327-5107
           Description: (doc-less) Motion to Intervene of Dexter Tompkins under
           CP12-72.

| Record Item No. | Description |
|---|---|

409.    Filed By: Individual No Affiliation
        Filed Date: 3/27/2012
        Accession No: 20120327-5124
        Description: (doc-less) Motion to Intervene of Dexter Tompkins under
        CP12-72.

410.    Issued By: ENERGY PROJECTS, OFFICE OF
        Filed Date: 3/28/2012
        Accession No: 20120328-3011
        Description: Letter requesting Dominion Transmission, Incorporated
        to submit the information described in the enclosure to assist in the
        analysis re the Environmental Information Request certificate
        application under CP12-72.

411.    Filed By: Individual No Affiliation
        Filed Date: 3/28/2012
        Accession No: 20120328-5059
        Description: Comment of Coleman R Carpenter in
        Docket(s)/Project(s) CP12-72.

412.    Filed By: Individual No Affiliation
        Filed Date: 3/28/2012
        Accession No: 20120328-5089
        Description: (doc-less) Motion to Intervene of Kevin Kreger under
        CP12-72.

413.    Filed By: Dominion Transmission, Inc.
        Filed Date: 3/28/2012
        Accession No: 20120328-5096
        Description: Supplemental Information of Dominion Transmission,
        Inc. under CP12-72.

| Record Item No. | Description |
| --- | --- |

414.    Filed By: Individual No Affiliation
        Filed Date: 3/28/2012
        Accession No: 20120328-5105
        Description:  Comment of Faith M Lotsikas in Docket(s)/Project(s)
        CP12-72-000.

415.    Filed By: Individual No Affiliation
        Filed Date: 3/28/2012
        Accession No: 20120328-5108
        Description:  Comment of Dorothy and Gerhard Heinsohn regarding
        environmental justice and the elderly under CP12-72.

416.    Filed By: Individual No Affiliation
        Filed Date: 3/28/2012
        Accession No: 20120328-5109
        Description:  (doc-less) Motion to Intervene of Faith M Lotsikas under
        CP12-72.

417.    Filed By: Individual No Affiliation
        Filed Date: 3/29/2012
        Accession No: 20120329-5003
        Description: Comment of Bob Stephens in Docket(s)/Project(s) CP12
        72-000.

418.    Filed By: Individual No Affiliation
        Filed Date: 3/29/2012
        Accession No: 20120329-5004
        Description: Comment of Brady Zarket in Docket(s)/Project(s) CP12
        72-000.

419.    Filed By: Individual No Affiliation
        Filed Date: 3/29/2012
        Accession No: 20120329-5005
        Description: (doc-less) Motion to Intervene of Debbie Bruns under
        CP12-72.

80

**Record
Item No.**        **Description**

420.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5006
            Description: (doc-less) Motion to Intervene of Melissa C Popple
            under CP12-72.

421.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5008
            Description: (doc-less) Motion to Intervene of Stephanie L Simek
            under CP12-72.

422.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5024
            Description: Motion to Intervene of Meredith McKittrick under CP12-
            72.

423.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5026
            Description: Motion to Intervene of Andris M Paza under CP12-72.

424.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No:  20120329-5033
            Description: Comment of Tammy Mangan in Docket(s)/Project(s)
            CP12-72-000.

425.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5074
            Description: Comment of Janet Millward in Docket(s)/Project(s)
            CP12-72-000.

81

**Record
Item No.**     **Description**

426.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5086
            Description:  Comment of Nikki Cline in Docket(s)/Project(s) CP12
            72-000.

427.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5089
            Description:  Comment of Nikki Cline in Docket(s)/Project(s) CP12
            72-000.

428.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5090
            Description:  Comment of Janet Millward in Docket(s)/Project(s)
            CP12-72-000.

429.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5092
            Description:  Comment of Janet Millward in Docket(s)/Project(s)
            CP12-72-000.

430.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5112
            Description: (doc-less) Motion to Intervene of J Szabo under CP12
            72.

431.        Filed By: Individual No Affiliation
            Filed Date: 3/29/2012
            Accession No: 20120329-5126
            Description: Comment of Dorothy A Heinsohn in Docket(s)/Project(s)
            CP12-72.

82

**Record
Item No.      Description**

432.          Filed By: Individual No Affiliation
              Filed Date: 3/29/2012
              Accession No: 20120329-5203
              Description: (doc-less) Motion to Intervene of Elizabeth A Buckheit
              under CP12-72.

433.          Filed By: Individual No Affiliation
              Filed Date: 3/29/2012
              Accession No: 20120329-5208
              Description: (doc-less) Motion to Intervene of Ted Jenkins under
              CP12-72.

434.          Filed By: Individual No Affiliation
              Filed Date: 3/29/2012
              Accession No: 20120329-5216
              Description: (doc-less) Motion to Intervene of Elizabeth A Buckheit
              under CP12-72.

435.          Filed By: Individual No Affiliation
              Filed Date: 3/29/2012
              Accession No: 20120329-5225
              Description: Comment of Barbara T Ramsey in Docket(s)/Project(s)
              CP12-72.

436.          Filed By: Individual No Affiliation
              Filed Date: 3/29/2012
              Accession No: 20120329-5227
              Description: Motion to Intervene of Barbara T Ramsey under CP12-
              72.

437.          Filed By: Lucy School
              Filed Date: 3/29/2012
              Accession No: 20120329-5228
              Description: (doc-less) Motion to Intervene of Lucy School under
              CP12-72.

**Record
Item No.**     **Description**

438.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5005
Description: Comment of Faith Lotsikas, DVM in
Docket(s)/Project(s) CP12-72-000.

439.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5007
Description: Comment of Stephanie Flores in Docket(s)/Project(s)
CP12-72-000.

440.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5008
Description: Comment of Stephanie Flores in Docket(s)/Project(s
CP12-72-000.

441.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5009
Description: Comment of Janet A Millward in Docket(s)/Project(s)
CP12-72-000.

442.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5010
Description: Comment of Tammy Mangan in Docket(s)/Project(s)
CP12-72-000.

443.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5011
Description: Comment of susan derse in Docket(s)/Project(s) CP12
72-000.

84

**Record
Item No.**     **Description**

444.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5012
Description: Comment of Michelle Olson in Docket(s)/Project(s)
CP12-72-000.

445.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5013
Description: (doc-less) Motion to Intervene of Peter J Lotsikas under
CP12-72.

446.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5014
Description: (doc-less) Motion to Intervene of M. Binzer under CP12-
72.

447.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5015
Description: Comment of Michelle D Sweet under CP12-72.

448.     Filed By: Myersville Citizens for a Rural Community
Filed Date: 3/30/2012
Accession No: 20120330-5016
Description: Comment by Myersville Citizens for a Rural Community
under CP12-72.

449.     Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5017
Description: (doc-less) Motion to Intervene Richard H. Millward
under CP12-72.

85

**Record
Item No.**          **Description**

450.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5018
              Description: (doc-less) Motion to Intervene of Stephanie Flores under
              CP12-72.

451.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5019
              Description: (doc-less) Motion to Intervene of Carol A. Keenan under
              CP12-72.

452.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5041
              Description: (doc-less) Motion to Intervene of Anita V Paza under
              CP12-72.

453.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5050
              Description: Comment of Tracy Hammond in Docket(s)/Project(s)
              CP12-72-000. `

454.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5062
              Description: (doc-less) Motion to Intervene of STEPHEN
              MUELLER under CP12-72.

455.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5096
              Description: (doc-less) Motion to Intervene of Chad Tasker under
              CP12-72.

86

**Record
Item No.**          **Description**

456.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5110
              Description: Comment of Rick Millward under CP12-72.

457.          Filed By: Philadelphia Gas Works Consolidated Edison Company of
              New York, Inc.
              Filed Date: 3/30/2012
              Accession No: 20120330-5127
              Description: Motion to Intervene of Consolidated Edison Company of
              New York, Inc., et. al. under CP12-72.

458.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-514
              Description: Comment of Janet A Millward under CP12-72.

459.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5161
              Description: (doc-less) Motion to Intervene of Ronald Hammond
              under CP12-72.

460.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5192
              Description: Comment of Ronald Hammond in Docket(s)/Project(s)
              CP12-72-000.

461.          Filed By: Individual No Affiliation
              Filed Date: 3/30/2012
              Accession No: 20120330-5199
              Description: Comment of Debbie Bruns under CP12-72.

87

| **Record Item No.** | **Description** |
|---|---|

462.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5200
         Description: (doc-less) Motion to Intervene of Stephen A Williams
         under CP12-72.

463.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5206
         Description: (doc-less) Motion to Intervene of Daniel P. Andrew
         under CP12-72.

464.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5211
         Description: Comment of Stephen A Williams in Docket(s)/Project(s)
         CP12-72-000.

465.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5219
         Description: Comment of Ann M Nau in Docket(s)/Project(s) CP12
         72-000.

466.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5229
         Description: (doc-less) Motion to Intervene of Eric E Hanson under
         CP12-72.

467.     Filed By: Individual No Affiliation
         Filed Date: 3/30/2012
         Accession No: 20120330-5280
         Description: (doc-less) Motion to Intervene of Raymond Mann under
         CP12-72.

**Record
Item No.**        **Description**

468.        Filed By: Individual No Affiliation
            Filed Date: 3/30/2012
            Accession No: 20120330-5338
            Description: Comment of Franz M Gerner under CP12-72.

469.        Filed By:  Myersville Citizens for a Rural Community, Inc.
            Filed Date: 3/30/2012
            Accession No: 20120330-5340
            Description: Comment of Myersville Citizens for a Rural Community
            Inc. under CP12-72.

470.        Filed By: Individual No Affiliation
            Filed Date: 3/30/2012
            Accession No: 20120330-5362
            Description:  Comment of Franz M Gerner under CP12-72.

471.        Filed By: Individual No Affiliation
            Filed Date: 3/30/2012
            Accession No: 20120330-5405
            Description: Protest by Chad Tasker for CP12-72.

472.        Filed By: Individual No Affiliation
            Filed Date: 3/30/2012
            Accession No: 20120330-5416
            Description: (doc-less) Motion to Intervene of Deborah Gilles under
            CP12-72.

473.        Filed By: Individual No Affiliation
            Filed Date: 3/30/2012
            Accession No: 20120330-5421
            Description: Comment of Kevin Kreger in Docket(s)/Project(s) CP12
            72-000.

| **Record Item No.** | **Description** |
|---|---|

474.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5438
Description: Comment of Misty Stewart in Docket(s)/Project(s) CP12-72-000.

475.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5442
Description: Comment of Deborah Gilles in Docket(s)/Project(s) CP12-72.

476.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5452
Description: Comment of STEPHEN N MUELLER in Docket(s)/Project(s) CP12-72-000 Submission Date: 3/30/2012

477.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5464
Description: (doc-less) Motion to Intervene of William J Adamo under CP12-72.

478.    Filed By: PEOPLES NATURAL GAS COMPANY
Filed Date: 3/30/2012
Accession No: 20120330-5465
Description: Motion to Intervene of PEOPLES TWP LLC under CP12-72.

479.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5468
Description: (doc-less) Motion to Intervene of Jennifer M Bertulaitis under CP12-72.

90

| **Record Item No.** | **Description** |
|---|---|

480.    Filed By: Individual No Affiliation
Filed Date: 4/2/2012
Accession No: 20120402-5002
Description: Comment of Chris Isleib in Docket(s)/Project(s) CP12-72-000.

481.    Filed By: Individual No Affiliation
Filed Date: 4/2/2012
Accession No: 20120402-5020
Description: (doc-less) Motion to Intervene of Chris Isleib under CP12-72.

482.    Filed By: Individual No Affiliation
Filed Date: 4/2/2012
Accession No: 20120402-5021
Description: (doc-less) Motion to Intervene of Michele M Tartaglia under CP12-72.

483.    Filed By: INDIVIDUAL
Filed Date: 4/5/2012
Accession No: 201200405-0020
Description: Stephanie L Simek submits comments re Dominion Transmission Inc's application to FERC under CP12-72.

484.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 4/5/2012
Accession No: 20120405-3012
Description:  Letter requesting Tonawanda Band of Seneca Indians of New York to file a response within 30 days re the invite to participate in the review of a natural gas project proposed by Dominion Transmission, Inc under CP12-72 et al.

91

**Record
Item No.**      **Description**

485.      Issued By: ENERGY PROJECTS, OFFICE OF
          Filed Date: 4/5/2012
          Accession No: 20120405-3013
          Description:  Letter to Shawnee Tribe inviting their participation to
          review the natural gas project proposed by Dominion Transmission,
          Inc. for the Allegheny Storage Project under CP12-72 et al.

486.      Issued By: ENERGY PROJECTS, OFFICE OF
          Filed Date: 4/5/2012
          Accession No: 20120405-3014
          Description:  Letter requesting Seneca Nation of Indians to file a
          response within 30 days re the invite to participate in the review of a
          natural gas project proposed by Dominion Transmission, Inc under
          CP12-72 et al.

487.      Issued By: ENERGY PROJECTS, OFFICE OF
          Filed Date: 4/5/2012
          Accession No: 20120405-3015
          Description:  Letter to Delaware Tribe of Indians inviting their
          participation to review the natural gas project proposed by Dominion
          Transmission, Inc under CP12-72 et al.

488.      Issued By: OFFICE OF ENERGY MARKET REGULATION
          Filed Date: 4/5/2012
          Accession No: 20120405-3016
          Description:  Letter requesting Delaware Nation of Oklahoma to file a
          response within 30 days re the invite to participate in the review of a
          natural gas project proposed by Dominion Transmission, Inc under
          CP12-72 et al.

92

| **Record Item No.** | **Description** |
|---|---|

489.     Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 4/5/2012
Accession No: 20120405-3017
Description:  Letter to Absentee-Shawnee Tribe of Oklahoma inviting their participation to review the natural gas project proposed Dominion Transmission, Inc under CP12-72.

490.     Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 4/5/2012
Accession No: 20120405-4004
Description: Project update for the Allegheny Storage Project under CP12-72.

491.     Filed By: Dominion Transmission, Inc.
Filed Date: 4/16/2012
Accession No: 20120416-5261
Description: Motion For Leave To Respond and Response of Dominion Transmission, Inc.

492.     Filed By: Dominion Transmission, Inc.
Filed Date: 4/17/2012
Accession No: 20120417-5171
Description: Response to Data Request of Dominion Transmission, Inc. under CP12-72.

493.     Filed By: Dominion Transmission, Inc.
Filed Date: 4/17/2012
Accession No: 20120417-5172
Description:  Response to Data Request of Dominion Transmission, Inc. under CP12-72.

93

| **Record Item No.** | **Description** |
| --- | --- |

494.     Filed By: Individual No Affiliation
Filed Date: 4/30/2012
Accession No: 20120430-5414
Description:  Comment of Tammy Mangan in Docket(s)/Project(s) CP12-72-000.

495.     Filed By: Individual No Affiliation
Filed Date: 4/30/2012
Accession No: 20120430-5418
Description:  Comment of Tammy Mangan in Docket(s)/Project(s) CP12-72-000.

496.     Filed By: Individual No Affiliation
Filed Date: 5/7/2012
Accession No: 20120507-5129
Description: Answer to Pleading/Motion of Peoples TWP LLC under CP12-72.

497.     Filed By: Individual No Affiliation
Filed Date: 5/8/2012
Accession No: 20120508-5068
Description: Comment of Chris M Popple in Docket(s)/Project(s) CP12-72-000.

498.     Filed By: Individual No Affiliation
Filed Date: 5/8/2012
Accession No: 20120508-5092
Description: Comments of Chris M Popple under CP12-72.

499.     Filed By: Dominion Transmission, Inc.
Filed Date: 5/8/2012
Accession No: 20120508-5097
Description: Supplemental Information of Dominion Transmission, Inc. under CP12-72.

94

| **Record Item No.** | **Description** |
|---|---|

500.      Issued By: OFFICE OF ENERGY MARKET REGULATION
Filed Date: 5/10/2012
Accession No: 20120510-3006
Description: Notice of schedule for Environmental Review of the
Allegheny Storage Project re Dominion Transmission, Inc. under
CP12-72 et al.

501.      Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 5/10/2012
Accession No: 20120510-5070
Description: Comment of Myersville Citizens for a Rural Community,
Inc. under CP12-72.

502.      Filed By: US FISH AND WILDLIFE SERVICE
Filed Date: 5/29/2012
Accession No: 20120529-4001
Description: Correspondence from US Fish and Wildlife Service to
Myersville Citizens for a Rural Community re the proposed 16,000 hp
Gas Compressor Station in Myersville, Frederick County under CP12-
72.

503.      Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 5/29/2012
Accession No: 20120529-5027
Description: Comments from Myersville Citizens for a Rural
Community, Inc. under CP12-72, regarding DTI's application to the
Town of Myersville

504.      Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 5/31/2012
Accession No: 20120531-5039
Description: Comment of Myersville Citizens for a Rural Community,
Inc. under CP12-72, regarding historic impact.

95

| **Record Item No.** | **Description** |
|---|---|

505.      Filed By: Dominion Transmission, Inc.
Filed Date: 6/5/2012
Accession No: 20120605-5077
Description: Supplemental Information of Dominion Transmission, Inc. under CP12-72.

506.      Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 6/11/2012
Accession No: 20120611-3000
Description: Letter requesting Dominion Transmission, Inc to file within 5 days the Data Request information to assist in FERC's analysis of DTI application to construct and operate the Allegheny Storage Project under CP12-72.

507.      Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 6/14/2012
Accession No: 20120614-4001
Description: Environmental Assessment of Dominion Transmission Inc's Allegheny Storage Project under CP12-72.

508.      Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 6/15/2012
Accession No: 20120615-3000
Description: Notice of availability of the Environmental Assessment for the proposed Allegheny Storage Project re Dominion Transmission, Incorporated under CP12-72.

509.      Filed By: ADVISORY COUNCIL ON HISTORIC PRESERVATION
Filed Date:  6/15/2012
Accession No:  201200615-0008
Description:  Advisory Council on Historic Preservation submits letter re inquiries about the status of the FERC's compliance with Section 106 of the NHPA under PF11-9.

96

**Record
Item No.**          **Description**

510.          Filed By:  Dominion Transmission, Inc.
              Filed Date: 6/18/2012
              Accession No: 20120618-5079
              Description: Response to Data Request of Dominion Transmission,
              Inc. under CP12-72.

511.          Filed By: Dominion Transmission, Inc.
              Filed Date: 6/18/2012
              Accession No: 20120618-5080
              Description: Response to Data Request of Dominion Transmission,
              Inc. under CP12-72.

512.          Issued By: ENERGY PROJECTS, OFFICE OF
              Filed Date: 6/20/2012
              Accession No: 20120620-3017
              Description:  Letter requesting US Fish and Wildlife Service to
              consider the Allegheny Storage Project environmental assessment as
              FERC biological assessment under CP12-72.

513.          Filed By: INDIVIDUAL
              Filed Date: 6/20/2012
              Accession No: 201200628-0002
              Description: G Heinsohn submits comments under
              CP12-72.

514.          Issued By: ENERGY PROJECTS, OFFICE OF
              Filed Date: 6/22/2012
              Accession No: 20120622-3014
              Description:  Letter to the Advisory Council on Historic Preservation
              discussing the 6/7/12 letter that inquired about the status of the
              Section 106 process & the planned compressor station in Myersville
              et al. re Allegheny Storage Project, CP12-72 et al.

97

**Record
Item No.**      **Description**

515.        Filed By: Individual No Affiliation
            Filed Date: 7/3/2012
            Accession No: 20120703-5045
            Description: Comment of Ed Sigler in Docket(s)/Project(s) CP12-72.

516.        Filed By: Myersville Citizens for a Rural Community, Inc.
            Filed Date: 7/6/2012
            Accession No: 20120706-5132
            Description: Motion of Myersville Citizens for a Rural Community,
            Inc. for Extension of Time to Comment on EA under CP12-72.

517.        Filed By: Individual No Affiliation
            Filed Date: 7/9/2012
            Accession No: 20120709-5008
            Description:  William J Adamo Comments on shortcomings of FERC
            Environmental Assessment under CP12-72.

518.        Issued By: OFFICE OF ENERGY MARKET REGULATION
            Filed Date: 7/11/2012
            Accession No: 20120711-3031
            Description:  Letter requesting Dominion Transmission, Inc to provide
            its response w/in 10 days addressing question noted from Dominion's
            abbreviated application for a Certificate of Public Convenience and
            Necessity etc under CP12-72.

519.        Filed By: Individual No Affiliation
            Filed Date: 7/11/2012
            Accession No: 20120711-5096
            Description:  Comment of Linda Riffle in Docket(s)/Project(s) CP12-
            72-000.

98

| Record Item No. | Description |
| --- | --- |

**520.**  Filed By: US FISH AND WILDLIFE SERVICE
Filed Date: 7/11/2012
Accession No: 201200712-0017
Description: The US Fish and Wildlife Service concur with FERC's determination that the proposed Mullett Compressor Station in Monroe County, Ohio is not likely to adversely affect the federally endangered Indian bat re Allegheny Storage Project under CP12-72.

**521.**  Filed By: Individual No Affiliation
Filed Date: 7/12/2012
Accession No: 20120712-5098
Description: Comment of Dorothy A Heinsohn under CP12-72.

**522.**  Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 7/13/2012
Accession No: 20120713-3029
Description: Notice of extension of time re Dominion Transmission, Incorporated under CP12-72.

**523.**  Filed By: Individual No Affiliation
Filed Date: 7/13/2012
Accession No: 20120713-5164
Description: Comment of M. Binzer under CP12-72.

**524.**  Filed By: Individual No Affiliation
Filed Date: 7/16/2012
Accession No: 20120716-5007
Description: Comments of Donald Chu in Docket(s)/Project(s) CP12-72.

**525.**  Filed By: Individual No Affiliation
Filed Date: 7/16/2012
Accession No: 20120716-5014
Description: Comment of M. Binzer Corrections to include "failed to provide" on pages 1 and 2. under CP12-72.

99

**Record
Item No.**     **Description**

526.     Filed By: Dominion Transmission, Inc.
Filed Date: 7/16/2012
Accession No: 20120716-5034
Description: Supplemental Information of Dominion Transmission,
Inc. under CP12-72.

527.     Filed By: Dominion Transmission, Inc.
Filed Date: 7/16/2012
Accession No: 20120716-5035
Description: Supplemental Information of Dominion Transmission,
Inc. under CP12-72.

528.     Filed By: USGS
Filed Date: 7/16/2012
Accession No: 20120716-5090
Description: Comment of USGS under CP12-72.

529.     Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
Filed Date: 7/16/2012
Accession No: 201200718-0012
Description: Letter to Mr and Mrs Heinsohn re Dominion
Transmission, Inc's Allegheny Storage Project under CP12-72.

530.     Filed By: Individual No Affiliation
Filed Date: 7/17/2012
Accession No: 20120717-5007
Description: Comment of Anthony Iacovelli in Docket(s)/Project(s)
CP12-72-000.

531.     Filed By: Dominion Transmission, Inc.
Filed Date:7/20/2012
Accession No: 20120720-5140
Description: Response to Data Request of Dominion Transmission,
Inc. under CP12-72.

100

| Record Item No. | Description |
|---|---|

**532.**   Filed By: Maryland Department of Natural Resources
Filed Date: 7/27/2012
Accession No: 20120727-5035
Description: Maryland Department of Natural Resources Comment on Environmental Assessment under CP12-72.

**533.**   Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 7/30/2012
Accession No: 20120730-3003
Description: Letter requesting Dominion Transmission, Inc to provide w/in 5 days information re an application seeking authorization to construct and operate the Allegheny Storage Project under CP12-72.

**534.**   Filed By: Individual No Affiliation
Filed Date: 7/30/2012
Accession No: 20120730-5008
Description: Comment of Ann M Nau under CP12-72.

**535.**   Filed By: Individual No Affiliation
Filed Date: 7/30/2012
Accession No: 20120730-5093
Description: Comment of Debbie Bruns under CP12-72.

**536.**   Filed By: Individual No Affiliation
Filed Date: 7/30/2012
Accession No: 20120730-5099
Description: Comment of Richard and Janet Millward under CP12-72.

**537.**   Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 7/30/2012
Accession No: 20120730-5106
Description: Comment of Myersville Citizens for a Rural Community, Inc. under CP12-72.

101

**Record
Item No.**          **Description**

538.          Filed By: Myersville Citizens for a Rural Community, Inc.
              Filed Date: 7/30/2012
              Accession No: 20120730-5107
              Description: Comment of Myersville Citizens for a Rural Community,
              Inc. under CP12-72.

539.          Filed By: Myersville Citizens for a Rural Community, Inc.
              Filed Date: 7/30/2012
              Accession No: 20120730-5128
              Description: Comment of Myersville Citizens for a Rural Community,
              Inc. under CP12-72.

540.          Filed By: Individual No Affiliation
              Filed Date: 7/30/2012
              Accession No: 20120730-5141
              Description: Comment of Richard and Janet Millward under CP12-72
              (resubmission as pdf).

541.          Filed By: Individual No Affiliation
              Filed Date: 7/30/2012
              Accession No: 20120730-5153
              Description: Comment of Franz M Gerner under CP12-72.

542.          Filed By: DEPARTMENT OF CONSERVATION
              Filed Date: 7/31/2012
              Accession No: 201200731-0004
              Description:  Department of Conservation and Natural Resources
              submits comments re the Environmental Assessment for the
              Allegheny Storage Project under CP12-72.

543.          Filed By: Myersville Citizens for a Rural Community
              Filed Date: 7/31/2012
              Accession No: 20120731-5009
              Description: Comment of Myersville Citizens for a Rural Community
              EA Comments under CP12-72.

102

| Record Item No. | Description |
|---|---|

544.    Filed By: Individual No Affiliation
Filed Date: 7/31/2012
Accession No: 20120731-5188
Description: Comment of Tammy Mangan in Docket(s)/Project(s)
CP12-72-000.

545.    Filed By: Individual No Affiliation
Filed Date: 7/31/2012
Accession No: 20120731-5203
Description: Comment of Tammy Mangan in Docket(s)/Project(s)
CP12-72-000.

546.    Filed By: Dominion Transmission, Inc.
Filed Date: 8/6/2012
Accession No: 20120806-5042
Description: Response to Data Request of Dominion Transmission,
Inc. under CP12-72.

547.    Filed By: US DEPARTMENT OF THE INTERIOR
Filed Date: 8/7/2012
Accession No: 201200807-0020
Description: The US Geological Survey submits comments re the
Notice of availability of EA for the proposed Allegheny Storage
Project under CP12-72.

548.    Filed By: Dominion Transmission, Inc.
Filed Date: 8/14/2012
Accession No: 20120814-5018
Description: Response to Data Request of Dominion Transmission,
Inc. under CP12-72.

103

| **Record Item No.** | **Description** |
|---|---|

549.    Filed By: Dominion Transmission, Inc.
Filed Date: 8/14/2012
Accession No: 20120814-5019
Description: Response to Data Request of Dominion Transmission Inc. under CP12-72.

550.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 8/22/2012
Accession No: 20120822-3016
Description: Letter requesting Dominion Transmission, Inc to provide w/in 10 days the Data Request information to assist in FERC's analysis of DTI's proposed certificate application under CP12-72.

551.    Filed By: Town of Myersville
Filed Date: 8/28/2012
Accession No: 201200828-0012
Description: Town of Myersville submits an explanation why the application requesting approval of a Master Plan was rejected re Allegheny Storage Project under CP12-72.

552.    Filed By: Dominion Transmission, Inc.
Filed Date: 8/31/2012
Accession No: 20120831-5176
Description: Response to Data Request of Dominion Transmission Inc. under CP12-72.

553.    Filed By: Myersville Citizens for a Rural Community
Filed Date: 10/1/2012
Accession No: 20121001-5114
Description: Motion to Dismiss of Myersville Citizens for a Rural Community under CP12-72.

104

| Record<br>Item No. | Description |
|---|---|

554.     Filed By: Dominion Transmission, Inc.
         Filed Date: 10/12/2012
         Accession No: 20121012-5096
         Description: Answer to Pleading/Motion of Dominion Transmission,
         Inc. under CP12-72.

555.     Filed By: Myersville Citizens for a Rural Community, Inc.
         Filed Date: 10/16/2012
         Accession No: 20121016-5055
         Description: Signed petition to oppose the construction and operation
         of a gas compressor station in Myersville under CP12-72.

556.     Filed By: Myersville Citizens for a Rural Community, Inc.
         Filed Date: 11/6/2012
         Accession No: 20121106-5058
         Description: Comment of Myersville Citizens for a Rural Community,
         Inc. under CP12-72.

557.     Filed By: Myersville Citizens for a Rural Community, Inc.
         Filed Date: 11/14/2012
         Accession No: 20121114-5148
         Description: Comment of Myersville Citizens for a Rural Community,
         Inc. under CP12-72.

558.     Filed By: Myersville Citizens for a Rural Community, Inc.
         Filed Date: 11/15/2012
         Accession No: 20121115-5027
         Description: Answer to Pleading/Motion of Myersville Citizens for a
         Rural Community, Inc to DTI Motion to Dismiss under CP12-72.

559.     Filed By: Myersville Citizens for a Rural Community, Inc.
         Filed Date: 11/21/2012
         Accession No: 20121121-5197
         Description: Comment of Myersville Citizens for a Rural Community,
         Inc. under CP12-72.

105

| Record Item No. | Description |
|---|---|

560.      Filed By: Individual No Affiliation
          Filed Date: 12/12/2012
          Accession No: 20121212-5072
          Description: Comment of Tammy Mangan in Docket(s)/Project(s)
          CP12-72-000.

561.      Filed By: Myersville Citizens for a Rural Community, Inc.
          Filed Date: 12/13/2012
          Accession No: 20121213-5151
          Description: Comment of Myersville Citizens for a Rural Community,
          Inc. under CP12-72.

562.      Filed By: Myersville Citizens for a Rural Community, Inc.
          Filed Date: 12/13/2012
          Accession No: 20121213-5152
          Description: Comment of Myersville Citizens for a Rural Community,
          Inc. under CP12-72.

563.      Filed By: Myersville Citizens for a Rural Community, Inc.
          Filed Date: 12/17/2012
          Accession No: 20121217-5035
          Description: Comment of Myersville Citizens for a Rural Community,
          Inc. under CP12-72.

564.      Issued By: SECRETARY OF THE COMMISSION, FERC
          COMMISSIONERS & IMMEDIATE STAFF (THE COMMISSION)
          Filed Date: 12/20/2012
          Accession No: 20121220-3031
          Description: Order issuing certificate re Dominion Transmission, Inc
          under CP12-72.

106

| Record Item No. | Description |
|---|---|

**565.** Filed By: Dominion Transmission, Inc.
Filed Date: 12/21/2012
Accession No: 20121221-5178
Description: Supplemental Information - Acceptance of the Order of Dominion Transmission, Inc. under CP12-72.

**566.** Filed By: U.S. HOUSE OF REPRESENTATIVES
Filed Date: 1/2/2013
Accession No: 201300108-0016
Description: U.S. Representative Chris Van Hollen submits comments on behalf of the Myersville Citizens for a Rural Community, Inc. regarding the Allegheny Storage Project under CP12-72.

**567.** Filed By: INDIVIDUAL
Filed Date: 1/14/2013
Accession No: 201300114-0012
Description: Comments of Dexter Tompkins re DTI's request to build the transmission station in Myersville, MD under CP12-72.

**568.** Filed By: INDIVIDUAL
Filed Date: 1/14/2013
Accession No: 201300114-0201
Description: Request for rehearing by Dexter Tompkins of order issuing certificate to Dominion Transmission Inc re Allegheny Storage Project under CP12-72.

**569.** Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
Filed Date: 1/16/2013
Accession No: 201300124-0012
Description: Response to US Representative Chris Van Hollen's 12/18/12 letter on behalf of the Myersville Citizens for a Rural Community regarding Dominion Transmission, Inc.'s proposed compressor station in Myersville, Maryland under CP12-72.

107

**Record
Item No.**    **Description**

570.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5229
Description: Request for Rehearing of Coleman R Carpenter
(Intervener) under CP12-72.

571.    Filed By: Lucy School
Filed Date: 1/22/2013
Accession No: 20130122-5099
Description: REQUEST FOR REHEARING BY LUCY SCHOOL
OF ORDER ISSUING CERTIFICATE TO DOMINION
TRANSMISSION INC. under CP12-72.

572.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5100
Description: Request for Rehearing of Ted Cady under CP12-72.

573.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5102
Description: Request for Rehearing of Meredith McKittrick under
CP12-72.

574.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5105
Description: Request for Rehearing of Janet A Millward under CP12-
72.

575.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5106
Description: Request for Rehearing of Richard Millward under CP12-
72.

108

| **Record Item No.** | **Description** |
| --- | --- |

576.     Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 1/22/2013
Accession No: 20130122-5107
Description: Request for Rehearing of Myersville Citizens for a Rural Community, Inc.of the December 20, 2012 Order under CP12-72.

577.     Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5218
Description: Request for Rehearing of Franz M Gerner of the December 20, 2012 Order under CP12-72.

578.     Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5221
Description: Request for Rehearing of Tammy Mangan of the December 20, 2012 Order under CP12-72.

579.     Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-533
Description: Request for Rehearing of Melissa C Popple of the December 20, 2012 Order under CP12-72.

580.     Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5333
Description: Request for Rehearing of Kevin Kreger of the December 20, 2012 Order under CP12-72.

581.     Filed By: Town of Myersville
Filed Date: 1/22/2013
Accession No: 20130122-5334
Description: Request for Rehearing of Town of Myersville of December 20, 2012 Order under CP12-72.

109

**Record
Item No.**        **Description**

582.        Filed By: Individual No Affiliation
            Filed Date: 1/22/2013
            Accession No: 20130122-5351
            Description: Request for Rehearing of Michelle D Sweet under CP12-
            72.

583.        Filed By: Dominion Transmission, Inc.
            Filed Date: 2/4/2013
            Accession No: 20130204-5147
            Description: Motion for Leave to Answer and Answer of Dominion
            Transmission, Inc. under CP12-72.

584.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Filed Date: 2/11/2013
            Accession No: 20130211-3019
            Description: Order granting rehearing further consideration re
            Dominion Transmission, Inc under CP12-72.

585.        Filed By: Dominion Transmission, Inc.
            Filed Date: 2/15/2013
            Accession No: 20130215-5178
            Description: Implementation Plan of Dominion Transmission, Inc.
            under CP12-72.

586.        Filed By: Dominion Transmission, Inc.
            Filed Date: 2/15/2013
            Accession No: 20130215-5179
            Description: Implementation Plan of Dominion Transmission, Inc.
            under CP12-72.

587.        Filed By: Dominion Transmission, Inc.
            Filed Date: 2/21/2013
            Accession No: 20130221-5021
            Description: Implementation Plan - Supplemental Information of
            Dominion Transmission, Inc. under CP12-72.

110

**Record**
**Item No.**      **Description**

588.       Filed By: PENNSYLVANIA BUREAU FOR HISTORIC
           PRESERVATION
           Filed Date: 3/27/2013
           Accession No: 201300327-0005
           Description:  Correspondence from Pennsylvania Bureau for Historic
           Preservation to Dominion Resource Services re the Allegheny Storage
           Project under CP12-72.

589.       Filed By: Dominion Transmission, Inc.
           Filed Date: 4/8/2013
           Accession No: 20130408-5079
           Description: Request for Notice to Proceed with Construction of
           Sabinsville East Replacement of Dominion Transmission, Inc. under
           CP12-72.

590.       Filed By: Dominion Transmission, Inc.
           Filed Date: 4/8/2013
           Accession No: 20130408-5080
           Description: Request for Notice to Proceed with Construction of
           Sabinsville East Replacement of Dominion Transmission, Inc. under
           CP12-72.

591.       Filed By: Dominion Transmission, Inc.
           Filed Date: 4/15/2013
           Accession No: 20130415-5046
           Description: Monthly Status Report of Dominion Transmission, Inc.
           under CP12-72.

592.       Issued By: ENERGY PROJECTS, OFFICE OF
           Filed Date: 4/25/2013
           Accession No: 20130425-3024
           Description: Letter order granting Dominion Transmission, Inc's
           4/8/13 request to begin construction of the Sabinsville East
           Replacement in Tioga County, Pennsylvania for the Allegheny
           Storage Project under CP12-72.

111

| Record<br>Item No. | Description |
| --- | --- |

593.     Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 5/15/2013
Accession No: 20130515-5009
Description: Motion of Myersville Citizens for a Rural Community,
Inc. under CP12-72.

594.     Filed By: Myersville Citizens for a Rural Community, Inc.
Filed Date: 5/15/2013
Accession No: 20130515-5010
Description:  Motion of Myersville Citizens for a Rural Community,
Inc. under CP12-72.

595.     Issued By: COMMISSIONERS & IMMEDIATE STAFF (THE
COMMISSION) SECRETARY OF THE COMMISSION, FERC
Filed Date: 5/16/2013
Accession No: 20130516-3063
Description: Order denying rehearing re Dominion Transmission, Inc.
under CP12-72

In witness whereof I have hereunto
subscribed and caused the seal of the Federal
Energy Regulatory Commission to be affixed this
28th day of August, 2013, at Washington, DC.

/s/Kimberly D. Bose
Kimberly D. Bose
Secretary

*Myersville Citizens for a Rural*                **Docket No. CP12-72**
*Community, et al. v. FERC*
**D.C. Cir. Nos. 13-1219**

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), and the Court's

Administrative Order Regarding Electronic Case Filing, I hereby certify that

I have, this 28th day of August 2013, served the foregoing upon the counsel

listed in the Service Preference Report via email through the Court's

CM/ECF system or via U.S. Mail, as indicated below:

Carolyn Elefant                                         Email
Law Offices of Carolyn Elefant
1629 K Street, NW
Suite 300
Washington, DC 20006

Christopher Todd Handman                                Email
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109

Sean Marotta                                            Email
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109

- 2 -

Joel Patrick Nevins                                                    US Mail
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004-1109


/s/  Karin L. Larson
Karin L. Larson
Attorney



Federal Energy Regulatory
   Commission
Washington, D.C.  20426
Tel:  (202) 502-8236
Fax:  (202) 273-0901